| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| _____ District of Delaware _____ (State) | |
| Case number (If known): _____ Chapter 7 ____ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  New Source Energy Partners L.P.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's Federal Employer Identification Number (EIN)**  38-3888132

**4. Debtor's address**

Principal place of business

914 N. Broadway, Suite 230
Number     Street

Oklahoma City     OK     73102
City              State  ZIP Code

Oklahoma
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City              State  ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City              State  ZIP Code

**5. Debtor's website (URL)**  http://www.newsource.com/

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  New Source Energy Partners L.P.  Case number (if known) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2111_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☒ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply*:
     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     ☐ A plan is being filed with this petition.
     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
           District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor New Source Energy GP, LLC   Relationship Parent
            District of Delaware                When _____
                                                     MM / DD / YYYY
            Case number, if known _____

| Debtor | New Source Energy Partners L.P. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number    Street

   _____
   City                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49        ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000     ☐ 50,001-100,000
☒ 100-199     ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☒ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | New Source Energy Partners L.P. | Case number (if known) |
|---|---|---|
| | Name | |

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/15/2016
MM / DD / YYYY

X _/s/ Carl Wimberley_     CARL WIMBERLEY
Signature of authorized representative of debtor     Printed name

Title CHIEF RESTRUCTURING OFFICER

### 18. Signature of attorney

X /s/ Derek C. Abbott     Date 03/15/2016
Signature of attorney for debtor     MM / DD / YYYY

Derek C. Abbott
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market St., 16th Fl.
Number    Street

Wilmington     Delaware  19899
City     State  ZIP Code

(302) 658-9200     dabbott@mnat.com
Contact phone     Email address

Bar No. 3376     DE
Bar number     State

# Schedule 1

Bankruptcy Cases Filed by the Debtor and Its Affiliates

On March 15, 2016, each of the entities listed below filed a petition in this Court for relief under chapter 7 of title 11 of the United States Code.

- New Source Energy Partners L.P.
- New Source Energy GP, LLC

Locations of Debtors' Principal Assets

New Source Energy Partners LP owns non-operated working interest in oil and gas wells located in the following Oklahoma Counties:

- Lincoln
- Okfuskee
- Oklahoma
- Pottawatomie
- Seminole
- Logan

NSLP conducts business at 914 N. Broadway, Suite 230, Oklahoma City, Oklahoma 73102.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NEW SOURCE ENERGY PARTNERS L.P., | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor[1] | ) | |
| Tax ID: 38-3888132 | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| NEW SOURCE ENERGY GP, LLC, | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor | ) | |
| Tax ID: 35-2456602 | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor New Source Energy Partners L.P.'s equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Cede & Co (Fast Account) | 100% Preferred Shares |
| Cede & Co (Fast Account) | 62% of Common Shares |
| New Source Energy Corporation | 100% Sub Units |
| New Source Energy GP, LLC | 100% GP Units |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: New Source Energy Partners L.P. (8132) and New Source Energy GP, LLC (6602). The Debtors' corporate headquarters is located at 914 N. Broadway, Suite 230, Oklahoma City, Oklahoma 73102.

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name **New Source Energy Partners L.P.** | |
| United States Bankruptcy Court for the: _____ District of **Delaware** (State) | |
| Case number (*If known*): _____ | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2016         ✗ */s/ Carl Wimberley*
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

Carl Wimberley
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS
## OF NEW SOURCE ENERGY GP, LLC
## IN LIEU OF MEETING

### March 3, 2016

Pursuant to the provisions of Section 18-404(d) of the Delaware Limited Liability Company Act, the undersigned, being all of the members of the board of directors (the "***Board***") of New Source Energy GP, LLC, a Delaware limited liability company (the "***Company***"), acting on its own behalf and in its capacity as the general partner of New Source Energy Partners L.P., a Delaware limited partnership (the "***Partnership***"), do hereby consent in writing to the adoption of the following resolutions without the holding of a meeting, such resolutions to have the same force and effect as if duly adopted at a meeting of the Board which was duly called and held in accordance with Section 18-404 of the Delaware Limited Liability Company Act.

**WHEREAS**, the Board has considered information regarding the liabilities and liquidity of the Partnership and Company, the strategic alternatives available to the Partnership and Company, and the impact of the foregoing on the Partnership's and Company's business; and

**WHEREAS**, the Board has had an opportunity to consult with the Partnership's and Company's management and financial and legal advisors to fully consider each of the strategic alternatives available to the Partnership and Company; and

**WHEREAS**, the Board has considered authorizing the filing of petitions by the Partnership and Company in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") seeking relief under the provisions of chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, the "***Bankruptcy Code***"); and

**WHEREAS**, the Board desires to approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that in the business judgment of the Board, it is desirable and in the best interests of the Partnership and Company, the creditors of the Partnership and Company, and other interested parties that voluntary petitions (the "***Petitions***") be filed in the Bankruptcy Court by each of the Partnership and Company to initiate bankruptcy cases (together, the "***Chapter 7 Cases***") under the provisions of chapter 7 of the Bankruptcy Code; and be it further

**RESOLVED**, that the Partnership and Company, by and through Carl Wimberley of Opportune, LLP, in his capacity as Chief Restructuring Officer (the "***Designated Representative***"), is hereby authorized, directed, and empowered (i) to execute and verify the Petitions and all documents ancillary thereto, and to cause the Petitions to be filed with the Bankruptcy Court, such Petitions to be filed at such time as the Designated Representative executing the Petitions shall determine and to be in the form approved by the Designated Representative executing such Petitions, with the execution thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; (ii) to make or cause to be made prior to the execution thereof any modifications to the

Petitions or such ancillary documents that, in the judgment of such Designated Representative, may be necessary, appropriate, or desirable, and (iii) to review the complete consolidated list of creditors of the Company and the Partnership (the "***Creditor Matrix***") and to cause the Creditor Matrix to be filed with the Bankruptcy Court and to execute and file a declaration in support of such Creditor Matrix, which shall be filed at such time as the Designated Representative shall determine and to be in the form approved by the Designated Representative executing such Creditor Matrix, with the execution thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and be it further

**RESOLVED**, that the Designated Representative has the authority to retain the law firm of Morris, Nichols, Arsht & Tunnell LLP ("***MNAT***") to represent the Partnership and Company as general bankruptcy counsel on the terms set forth in its engagement letter with the Partnership and Company and to represent and assist the Partnership and Company in preparing and filing the Petitions and related forms, schedules, lists, statements and other papers or documents; and be it further

**RESOLVED**, that the Designated Representative is hereby authorized, empowered, and directed, with power of delegation, to execute and file in the name and on behalf of the Partnership and Company, all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all management action necessary, appropriate, desirable, or proper in connection with the Chapter 7 Cases; and be it further

**RESOLVED,** that the Partnership and the Company are authorized, directed and empowered to advance, as prepayment of expenses, five thousand dollars ($5,000.00) to the Designated Representative for travel and incidental expenses incurred in attending the meeting of creditors under section 341 of the Bankruptcy Code; and be it further

**RESOLVED**, that the position and duties of the Designated Representative shall terminate effective immediately upon the filing of the Petitions and Creditor Matrix and the Designated Representative shall have no further duties or obligations in connection therewith, provided however, that the Designated Representative is authorized and empowered to attend the meeting of creditors under section 341 of the Bankruptcy Code.

**NOW THEREFORE, BE IT RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Board and Designated Representative, the Board may authorize, direct and empower the Designated Representative and his designees, with power of delegation, in the name of, and on behalf of, the General Partner, in its individual capacity and in its capacity as the general partner of the Partnership, and, in such latter capacity, on behalf of the Partnership, until the termination of such Designated Representative as set forth herein, to take such actions and execute and deliver such documents as may be required or as the Designated Representative may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, applications, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Designated Representative taking or executing the same shall approve, the taking or execution thereof

by such Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and be it further

**RESOLVED**, that all members of the Board have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company and the Partnership, or hereby waive any right to have received such notice; and be it further

**RESOLVED**, that this Unanimous Written Consent may be executed in any number of counterparts, each of which shall be considered an original and all of which together shall constitute a single instrument; and further

**RESOLVED**, that delivery of an executed counterpart of a signature page to this Unanimous Written Consent by facsimile or pdf attachment to electronic mail shall be effective as delivery of a manually executed counterpart to this Unanimous Written Consent.

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, all of the directors of the Company have executed this Unanimous Written Consent effective as of the date first written above.

_____
Terry L. Toole

_____
V. Bruce Thompson

_____
Richard D. Finley

9891735.1

IN WITNESS WHEREOF, all of the directors of the Company have executed this Unanimous Written Consent effective as of the date first written above.

_____
Terry L. Toole

_____/s/ V. Bruce Thompson_____
V. Bruce Thompson

_____/s/ Richard D. Finley_____
Richard D. Finley

9891735.1