IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| NEW SOURCE ENERGY PARTNERS, ) | Case No. 16-10642 (CSS) |
| L.P. ) | |
| ) | |
| ) | |
| Debtor.[1] ) | |
| ) | |

## DECLARATION CONCERNING CREDITOR MATRIX

New Source Energy Partners, L.P. and New Source Energy GP, LLC (the "Debtors") hereby verify and declare under penalty of perjury that the Consolidated Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtors, is complete and, to the best of the Debtors' knowledge, correct and consistent with the Debtors' books and records.

The information contained in the Consolidated Creditor Matrix is based on a review of the Debtors' books and records. However, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Consolidated Creditor Matrix. In addition, certain of the entities included in the Consolidated Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors for purposes of these chapter 7 cases. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtors, or (ii) an

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: New Source Energy Partners L.P. (8132) and New Source Energy GP, LLC (6602). The Debtors' corporate headquarters is located at 914 N. Broadway, Suite 230, Oklahoma City, Oklahoma 73102.

acknowledgment of the validity or amount of any claims that may be asserted against the Debtors.

**Fill in this information to identify the case and this filing:**

Debtor Name  New Source Energy Partners, L.P.

United States Bankruptcy Court for the: _____   District of  Delaware
(State)

Case number (If known):  16-10642 (CSS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/15/2016
MM / DD / YYYY

X  *Carl Wimberley*
Signature of individual signing on behalf of debtor

Carl Wimberley
Printed name

Chief Restructuring Officer
Position or relationship to debtor

| Name | Company | Addr1 | Addr2 | Addr3 | Delivery Code | City | State | Zip | Country | Matter No | Fax No. | Client Represented | Phone No. | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13D Research LLC | 6115 Estate Smith Bay | | | I | St Thomas | VI | 00602-1304 | | MM/78499 | | | | |
| | Q4 Web Systems Inc | 219 Dufferin Street | | | I | Toronto Ontario | | M6K 3J1 | CANADA | MM/78499 | | | | |
| | Viavid Broadcasting Inc | 118-998 Harbourside Drive | | | I | North Vancouver | | V7P 3T2 | CANADA | MM/78499 | | | | |
| | First Bankcard | PO Box 2818 | | | P | Omaha | NE | 68103 | | MM/78499 | | | | |
| | Health Care Service Provider | PO Box 731428 | | | P | Dallas | TX | 75371 | | MM/78499 | | | | |
| | Latham & Watkins LLP | PO Box 2201 | | | P | Carol Stream | IL | 60132 | | MM/78499 | | | | |
| | PR Newswire Association LLC | G.P.O Box 5897 | | | P | New York | NY | 10087 | | MM/78499 | | | | |
| | Quill Corporation | PO Box 37600 | | | P | Philadelphia | PA | 19101 | | MM/78499 | | | | |
| | Quorum Business Solutions Inc. | PO Box 122242 | Dept 2242 | | P | Dallas | TX | 75312 | | MM/78499 | | | | |
| | State Of Delaware | Division Of Corporations | PO Box 5509 | | P | Binghamton | NY | 13902 | | MM/78499 | | | | |
| | Accel Financial Staffing Solutions | PO Box 8039 | | | P | Tulsa | OK | 74101-8039 | | MM/78499 | | | | |
| | Eureka Water Company | PO Box 26730 | | | P | Oklahoma City | OK | 73126 | | MM/78499 | | | | |
| | F.A.S.B. | PO Box 418272 | | | P | Boston | MA | 02241-8272 | | MM/78499 | | | | |
| | Chaparral Energy LLC | P.O. Box 671550 | | | P | Dallas | TX | 75267-1550 | | MM/78499 | | | | |
| | Tricorps Security | P.O. Box 32316 | | | P | Oklahoma City | OK | 73123 | | MM/78499 | | | | |
| | Marjo Operating Co Inc. | P.O. Box 729 | | | P | Tulsa | OK | 74105 | | MM/78499 | | | | |
| | Okfuskee County Treasurer | P.O. Box 308 | | | P | Okemah | OK | 74859 | | MM/78499 | | | | |
| | FTI Consulting Inc. | P.O. Box 418178 | | | P | Boston | MA | 02241-8178 | | MM/78499 | | | | |
| | The Paul And Betsy Ache Family | P.O. Box 79489 | | | P | Houston | TX | 77279-9489 | | MM/78499 | | | | |
| Casey Ray Adams | | P.O. Box 232043 | | | P | Anchorage | AK | 99523 | | MM/78499 | | | | |
| | Aller LLC | PO Box 271104 | | | P | Oklahoma City | OK | 73137 | | MM/78499 | | | | |
| | American Express | PO Box 650448 | | | P | Dallas | TX | 75265-0448 | | MM/78499 | | | | |
| | American Jet Charter | PO Box 23917 | | | P | Oklahoma City | OK | 73123 | | MM/78499 | | | | |
| Julia Dawn Smith Amos | | P.O. Box 312 | | | P | Stroud | OK | 74079-0312 | | MM/78499 | | | | |
| | Armor Industries Corp | PO Box 271143 | | | P | Oklahoma City | OK | 73137 | | MM/78499 | | | | |
| | AT&T | PO Box 105414 | | | P | Atlanta | GA | 30348-5414 | | MM/78499 | | | | |
| | AT&T Mobility | PO Box 536216 | | | P | Atlanta | GA | 30353 | | MM/78499 | | | | |
| | Map00-Net. A Tx Gen Prtnshp | P.O. Box 268946 | | | P | Oklahoma City | OK | 73126-8946 | | MM/78499 | | | | |
| | Bacon Royalties LLC | P.O. Box 701181 | | | P | Tulsa | OK | 74170-1181 | | MM/78499 | | | | |
| | BDO USA LLP | PO Box 31001-0860 | | | P | Pasadena | CA | 91110-0860 | | MM/78499 | | | | |
| Clarence M Bishop | | P.O. Box 159 | | | P | Bristow | OK | 74010-0159 | | MM/78499 | | | | |
| Jon Booze | | PO Box 102 | | | P | El Reno | OK | 73036 | | MM/78499 | | | | |
| W Steven Brauer | | P.O. Box 1221 | | | P | Oklahoma City | OK | 73101-1221 | | MM/78499 | | | | |
| Curtis R Bullard | | P.O. Box 223 | | | P | Paden | OK | 74860-0223 | | MM/78499 | | | | |
| Richard Joe Bullard Jr | | P.O. Box 97 | | | P | Paden | OK | 74860-0097 | | MM/78499 | | | | |
| Linda Diann Burger | | P.O. Box 763 | | | P | Quinton | OK | 74561 | | MM/78499 | | | | |
| | BXP Royalty LP | P.O. Box 9023 | | | P | Dallas | TX | 75209-9023 | | MM/78499 | | | | |
| | CCH Incorporated | PO Box 4307 | | | P | Carol Stream | IL | 60197-4307 | | MM/78499 | | | | |
| | Chaparral Royalty Co. A Texas | P.O. Box 66687 | | | P | Houston | TX | 77266 | | MM/78499 | | | | |
| Gerald Clack | | P.O. Box 748 | | | P | Pryor | OK | 74362-0748 | | MM/78499 | | | | |
| | Cobra Petroleum Company LP | P.O. Box 136355 | | | P | Fort Worth | TX | 76136-0355 | | MM/78499 | | | | |
| | Cox Communications Inc | PO Box 248851 | | | P | Oklahoma City | OK | 73124-8851 | | MM/78499 | | | | |
| | CT Corporation | PO Box 4349 | | | P | Carol Stream | IL | 60197-4349 | | MM/78499 | | | | |
| | Deylau LLC | PO Box 1097 | | | P | Oklahoma City | OK | 73101 | | MM/78499 | | | | |
| | Directv | PO Box 60036 | | | P | Los Angeles | CA | 90060-0036 | | MM/78499 | | | | |
| Roy D Eckstrom | | P.O. Box 53 | | | P | Palmer | NE | 68864-0053 | | MM/78499 | | | | |
| | Equitable Royalty Corporation | P.O. Box 2356 | | | P | Oklahoma City | OK | 74447 | | MM/78499 | | | | |
| | IHS Global Inc | PO Box 847193 | | | P | Dallas | TX | 75284-7193 | | MM/78499 | | | | |
| Sharon Lee | | P.O. Box 31 | | | P | Custer City | OK | 73639-0031 | | MM/78499 | | | | |
| Major Leonard Long | | P.O. Box 1565 | | | P | Cashiers | NC | 28717-1565 | | MM/78499 | | | | |
| | Macdonald Oil & Gas LLC | P.O. Box 5870 | | | P | Ketchum | ID | 83340-5870 | | MM/78499 | | | | |
| | Magnolia Royaty Co   LLC | P.O. Box 20571 | | | P | Oklahoma City | OK | 73156-0571 | | MM/78499 | | | | |
| Glen Dale Mayes | | P.O. Box 883 | | | P | Prague | OK | 74864-0883 | | MM/78499 | | | | |
| | Mineshaft Royalties | P.O. Box 12705 | | | P | Dallas | TX | 75225-0705 | | MM/78499 | | | | |
| Thomas A Moore | | P.O. Box 6905 | | | P | Miramar Beach | FL | 32550-1006 | | MM/78499 | | | | |
| | Navex Global Inc | PO Box 60941 | | | P | Charlotte | NC | 28260-0941 | | MM/78499 | | | | |
| Stoyan T. Nedeltchev | | P.O. Box 701112 | | | P | Tulsa | OK | 74170-1112 | | MM/78499 | | | | |
| | NRAI Corporate Services | PO Box 4349 | | | P | Carol Stream | IL | 60197-4349 | | MM/78499 | | | | |
| | NYSE Market Inc. | Box 223695 | | | P | Pittsburgh | PA | 15251-2695 | | MM/78499 | | | | |
| | Oklahoma County Treasurer | PO Box 268875 | | | P | Oklahoma City | OK | 73126-8875 | | MM/78499 | | | | |
| | Paul Hastings LLP | Lockbox 4803 | | | P | Los Angeles | CA | 90189-4803 | | MM/78499 | | | | |
| | PCAOB | PO Box 418631 | | | P | Boston | MA | 02241-8631 | | MM/78499 | | | | |
| | Pricewaterhouse Coopers LLP | PO Box 932011 | | | P | Atlanta | GA | 31193-2011 | | MM/78499 | | | | |
| | Professional Field Services | P.O. Box 52848 | | | P | Tulsa | OK | 74152-0848 | | MM/78499 | | | | |
| | Remington Royalty III LLC | P.O. Box 13540 | | | P | Oklahoma City | OK | 73113 | | MM/78499 | | | | |
| | Rogers Royalty Company | P.O. Box 71 | | | P | Watonga | OK | 73772-0071 | | MM/78499 | | | | |
| | RR Donnelley | PO Box 730216 | | | P | Dallas | TX | 75373-0216 | | MM/78499 | | | | |
| Carolyn Sue Rumberger | | P.O. Box 1003 | | | P | Siloam Springs | AR | 73761-1003 | | MM/78499 | | | | |
| | Sappington Energy Interests LLC | P.O. Box 1600 | | | P | San Antonio | TX | 78296-1600 | | MM/78499 | | | | |
| | Slim Royalty LLC | P.O. Box 13540 | | | P | Oklahoma City | OK | 73113-1540 | | MM/78499 | | | | |
| | Southwest Petroleum Co LP | P.O. Box 702377 | | | P | Dallas | TX | 75370-2377 | | MM/78499 | | | | |
| | Stephens Production Company | P.O. Box 2407 | | | P | Fort Smith | AR | 72902-2407 | | MM/78499 | | | | |
| | Theway Corp | PO Box 33124 | | | P | Tulsa | OK | 74153-1124 | | MM/78499 | | | | |
| Janet Tracy | | PO Box 700227 | | | P | San Antonio | TX | 78270 | | MM/78499 | | | | |
| | Vinson & Elkins LLP | PO Box 301019 | | | P | Dallas | TX | 75303-1019 | | MM/78499 | | | | |
| Johnnie E Wright | | P.O. Box 75 | | | P | Depew | OK | 74028-0075 | | MM/78499 | | | | |
| | Glenn O Young Trust | P.O. Box 2063 | | | P | Sapulpa | OK | 74067-2063 | | MM/78499 | | | | |
| Phil Albert | | PO Box 3268 | | | P | Claremore | OK | 74018 | | MM/78499 | | | | |
| | Oklahoma Corporation Commission | PO Box 52000 | | | P | Oklahoma City | OK | 73152 | | MM/78499 | | | | |
| | 10AM Design | 804 Richmond Road | | | | Edmond | OK | 73034 | | MM/78499 | | | | |
| Brynlee Azevedo | | NA | | | | Okc | OK | 73102 | | MM/78499 | | | | |
| Cassie Gentry | | 3337 NW 18st Street | | | | Oklahoma City | OK | 73107 | | MM/78499 | | | | |
| | Concur Technologies Inc. | 62157 Collections Center Drive | | | | Chicago | IL | 60693 | | MM/78499 | | | | |
| Daniel Kleehammer | | 16333 Old Ivy Circle | | | | Edmond | OK | 73013 | | MM/78499 | | | | |
| David Reed | | 8448 SW 92nd Circle | | | | Oklahoma City | OK | 73169 | | MM/78499 | | | | |
| Dustin E Willis | | 901 NW 7th Street | Apt 4308 | | | Oklahoma City | OK | 73106 | | MM/78499 | | | | |
| | Energy Management Resource LLC | 914 N Broadway | Suite 230 | | | Oklahoma City | OK | 73102 | | MM/78499 | | | | |
| | Ferenczy Benefits Law Center | 2200 Century Center Dr. | # 5650 | | | Atlanta | GA | 30345 | | MM/78499 | | | | |
| | HR Pro | 1423 East 11 Mile Road | | | | Royal Oak | MI | 48067 | | MM/78499 | | | | |
| Kyle Holcomb | | 7320 Stinchcomb Drive | | | | Oklahoma City | OK | 73132 | | MM/78499 | | | | |
| | Lucas Armenta | 3016 NW 181st Street | | | | Edmond | OK | 73012 | | MM/78499 | | | | |
| Michael Ables | | 2408 E South Lake View Lane | | | | Mustang | OK | 73064 | | MM/78499 | | | | |
| | Parker Lynch | Dept Ch 14031 | | | | Palatine | IL | 60055 | | MM/78499 | | | | |
| Richard Adam Clark | | 2708 SE 95th Street | | | | Oklahoma City | OK | 73160 | | MM/78499 | | | | |
| | Richards & Conner | 525 South Main Street | | | | Tulsa | OK | 74103 | | MM/78499 | | | | |
| Ryan Tyson | | 14600 N Rockwell | #1715 | | | Oklahoma City | OK | 73142 | | MM/78499 | | | | |
| Samuel Nunez | | 324 E Charlotte Terrace | | | | Mustang | OK | 73064 | | MM/78499 | | | | |
| Tyrel Hynd | | 12024 NW 135th Street | | | | Piedmont | OK | 73078 | | MM/78499 | | | | |
| | Vater Office Furniture | 4501 N Western Ave | | | | Oklahoma City | OK | 73118 | | MM/78499 | | | | |
| | Rods Production Services LLC | 3401 SW Wilshire Blvd | | | | Burleson | TX | 76028 | | MM/78499 | | | | |
| | Enerfin Resources | 2250 E. 73rd St #410 | | | | Tulsa | OK | 74136 | | MM/78499 | | | | |
| | Angelo Gordon Energy Capital LLC | 245 Park Avenue 26th Floor | | | | New York | NY | 10167 | | MM/78499 | | | | |
| Barbara Culbertson | | 1745 Quail Run | | | | New Castle | OK | 73065 | | MM/78499 | | | | |
| | 7 Industries Inc. | 13524 Railway Drive Suite 1 | | | | Oklahoma City | OK | 73114 | | MM/78499 | | | | |
| | Addison Group | 125 S. Wacker Dr. | Suite 2700 | | | Chicago | IL | 60606 | | MM/78499 | | | | |
| Alexander Saunders | | 1215 Cherry Stone Street | | | | Norman | OK | 73072 | | MM/78499 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BMO Harris Bank | 402 N Walnut St | | Pittsburg | KS | 66762 | MM/78499 |
| | BP Energy Company | 501 Westlake Park | | Houston | TX | 77079 | MM/78499 |
| | Briggs & Veselka Co | 9 Greenway Plaza Suite 1700 | | Houston | TX | 77046 | MM/78499 |
| | JKP Staffing & Search | 7030 South Yale | Suite 504 | Tulsa | OK | 74136 | MM/78499 |
| | Stifel Nicolaus & Company | One Financial Plaza | 501 North Broadway | St. Louis | MO | 63102 | MM/78499 |
| Amber Bonney | | NA | | Okc | OK | 73102 | MM/78499 |
| Cindy Kenyon | | NA | | Okc | OK | 73102 | MM/78499 |
| | Atkinson Haskins Nellis Brittingham Gladd Fiasco P.C. | Dept. 2285 | | Tulsa | OK | 74182 | MM/78499 |
| | Caruso Law Firm P.C. | 1325 East 15th Street Suite 201 | | Tulsa | OK | 74120 | MM/78499 |
| | Bradsby Group | 1700 Broadway - Ste 1500 | | Denver | CO | 80290 | MM/78499 |
| | Whitten & Burrage LLP | 1215 Classen Drive | | Oklahoma City | OK | 73103 | MM/78499 |
| | Eide Bailly LLP | 1601 N.W. Expressway Ste 1900 | | Oklahoma City | OK | 73118 | MM/78499 |
| Nam Do | | 1108 Renita Way | | Moore | OK | 73160 | MM/78499 |
| | Opportune | 711 Louisiana Street | Suite 3100 | Houston | TX | 77002 | MM/78499 |
| | Ebony Waters | 3108 Carnoustie Dr | | Norman | OK | 73072 | MM/78499 |
| | Skadden Arps Slate Meagher & Flom LLP | 300 South Grand Avenue | | Los Angeles | CA | 90071-3144 | MM/78499 |
| | Adams Window Tinting LLC | 3700 N Rockwell | | Bethany | OK | 73008 | MM/78499 |
| | Adams Family Revocable Trust | 362147 East 1035 Road | | Paden | OK | 74860 | MM/78499 |
| Ann F. Adams | | 5209 Avery Oak Dr | | Dublin | OH | 43016 | MM/78499 |
| Darlene A. Adams | | 362062 E. 1000 Road | | Paden | OK | 74860 | MM/78499 |
| Jo-Ann P. Adams | | HC 64 Box 5340 | | Tuskahoma | OK | 74574 | MM/78499 |
| John F Adams II | | 3 Lincoln Circle | | Wellesley | MA | 02481-6116 | MM/78499 |
| Ronald Joe Adams | | 12137 E. Sahuaro Drive | | Scottsdale | AZ | 85259 | MM/78499 |
| William R Adams | | 3049 S Vine Street | | Denver | CO | 80210-6349 | MM/78499 |
| | Aegis Energy Risk LLC | 8350 Ashlane Way | Suite 102 | Woodlands | TX | 77382 | MM/78499 |
| Mary Frances Ainsworth | | 6829 NW 27th St | | Bethany | OK | 73008-4614 | MM/78499 |
| Phil B Albert | | P.O. Box 52484 | 2709 E 42nd St | Tulsa | OK | 74152 | MM/78499 |
| | Allied Arts | 1015 N Broadway Ste 200 | | Oklahoma City | OK | 73102 | MM/78499 |
| Nancy Allen | | 7900 N. Virginia St Space #11 | | Reno | NV | 89506-8746 | MM/78499 |
| | All Mineral Ventures LLC | 8307 S. Indianapolis Pl. | | Tulsa | OK | 74137 | MM/78499 |
| Francisco Almendarez | | 718 E Main St Apt 18 | | Weatherford | OK | 73096 | MM/78499 |
| | American Stock & Transfer Trust Company LLC | Trust Company LLC | | Brooklyn | NY | 11219 | MM/78499 |
| Barbara Anderson | | 4500 Seneca St. | Unit #37 | Fort Collins | CO | 80526-3360 | MM/78499 |
| Frank Angiolillo | | 21912 Douglas Ave | | Edmond | OK | 73012 | MM/78499 |
| Joe Anthony | | 733 W Forster Dr | | Mustang | OK | 73064 | MM/78499 |
| Jaime Armendariz | | 1300 N Sandpiper | | Weatherford | OK | 73096 | MM/78499 |
| Antranick Armoudian | | | | City | STATE | | MM/78499 |
| | Arthur J Gallagher Risk Management Services Inc | | | Chicago | IL | 60694-1965 | MM/78499 |
| Cody Avritt | | 24075 E Rd Lot 1 | | Weatherford | OK | 73096 | MM/78499 |
| Dustin Avritt | | 24075 East 1040 Rd #A | | Weatherford | OK | 73096 | MM/78499 |
| | Axis Exploration LLC | 15 W. 6th | Suite 2350 | Tulsa | OK | 74119 | MM/78499 |
| | Bancfirst | 1 Temp Address | | Shawnee | OK | 74802-1608 | MM/78499 |
| | Associated Bank | 2 Temp Address | | Oklahoma City | OK | | MM/78499 |
| Adam Barraza | | Unknown | | City | STATE | | MM/78499 |
| Mike Barnard | | Unknown | | City | STATE | | MM/78499 |
| Laseanna M. Barber | | 5004 S. Eastern Ave Lot 394 | | Oklahoma City | OK | 73129 | MM/78499 |
| Leopoldo Berlanga | | 2607 SW 39th St | | Oklahoma City | OK | 73119 | MM/78499 |
| Adam Berraza | | 606 N 6th St | | Weatherford | OK | 73096 | MM/78499 |
| Juan Berlanga | | 718 E Main St Apt 42 | | Weatherford | OK | 73096 | MM/78499 |
| | Black Stone Minerals Company | 1001 Fannin St. | Suite 2020 | Houston | TX | 77002-6709 | MM/78499 |
| | The Forrest C. Blagg Revocable | 1530 Nightshade | | San Antonio | TX | 78260 | MM/78499 |
| Aleane Burkhardt Block | | 204 Elm Street | | Lone Oak | TX | 75453-7235 | MM/78499 |
| | Morris B Blumenthal Irrev Trst | 2503 NW 68th Street | | Oklahoma City | OK | 73116-4707 | MM/78499 |
| Rita Blumenthal | | 3111 Monteigne Circle | | Monroe | LA | 71201-2451 | MM/78499 |
| | BMI Systems Corporation | 913 North Broadway Ave | | Oklahoma City | OK | 73102 | MM/78499 |
| | E.E. Bohl | 1810 Wilshire Drive | | Prague | OK | 74864 | MM/78499 |
| | Bonus Building Care In Oklahoma City | | | Oklahoma City | OK | 73107 | MM/78499 |
| N.L. Bonbrake  Aka Norman L. B | | NA | | Na | TX | NA | MM/78499 |
| | Brand New Designs | 1701 Crossbow | | Edmond | OK | 73034 | MM/78499 |
| Allen Brawdy | | 601 NW 141st Street | | Edmond | OK | 73013 | MM/78499 |
| Betty Brauer | | 356350 East 1000 Road | | Prague | OK | 74864 | MM/78499 |
| Clara Brauer | | 5916 NBU | | Prague | OK | 74864-3508 | MM/78499 |
| Fredrick H. Bragassa | | Apt B | | Long Beach | CA | 92651 | MM/78499 |
| James B. Bragassa | | Apparently Deceased | | Na | OK | NA | MM/78499 |
| Mary Jean Bragg | | 706 Heavenly Sky | | San Antonio | TX | 78260-5348 | MM/78499 |
| Dustin Brown | | 316 Woodbriar Road | | Noble | OK | 73068 | MM/78499 |
| Bryan Brown | | 506 E Eureka St #7 | | Weatherford | OK | 73096 | MM/78499 |
| Travis Brown | | 315 W Clark | | Weatherford | OK | 73096 | MM/78499 |
| Elmer Broyles | | 11313 E Boise St  Lot 53 | | Apache Junction | AZ | 85120-3515 | MM/78499 |
| Jackie Bruton | | Unknown | | City | STATE | | MM/78499 |
| Carol B Bryant | | 2316 Coachlight Dr | | Edmond | OK | 73013 | MM/78499 |
| | Bryant Longview Energy Group | 2316 Coachlight Dr | | Edmond | OK | 73013 | MM/78499 |
| John C Bryant | | 2316 Coachlight Drive | | Edmond | OK | 73013 | MM/78499 |
| George Bryant | | Unknown | | City | STATE | | MM/78499 |
| Joseph Buck | | 9117 Redmont Rd NE | | Albuquerque | NM | 87109 | MM/78499 |
| | Cynthia J Bullard Revoc Trst | 613 N Jim Thorpe Blvd | | Prague | OK | 74864-4530 | MM/78499 |
| | Jack E & Barbara Bullard Trust | 101267 S. Hwy 99 | | Prague | OK | 74864-6406 | MM/78499 |
| Howard Burden | | 7413 NW 131st | | Oklahoma City | OK | 73142 | MM/78499 |
| Donald Burkhardt | | 3913 Halladay Road | | Vale | OR | 97918-5402 | MM/78499 |
| Dorothy Burkhardt | | 4500 Seneca Street Unit #37 | | Fort Collins | CO | 80526-3360 | MM/78499 |
| Ernest F Burkhardt | | 1405 Cody Road | | Palmer | NE | 68864-2314 | MM/78499 |
| J Wayne Burkhardt | | 2410 Little Weiser River Road | | Indian Valley | ID | 83632-5045 | MM/78499 |
| Lavern H Burkhardt | | 2015 12th Street | | Central City | NE | 68826-1016 | MM/78499 |
| Leola Burkhardt | | 265 16th Ave | | Palmer | NE | 68864-2007 | MM/78499 |
| Lorene L. Burkhardt | | 1924 25th Street | | Central City | NE | 68826-2136 | MM/78499 |
| Paul R Burkhardt | | 5757 W Hefner Road Apt 618 | | Oklahoma City | OK | 73162-5850 | MM/78499 |
| | Business Wire Inc | Department 34182 | | San Francisco | CA | 94139 | MM/78499 |
| | Calverts Plant Interiors Inc | 5308 Classen Boulevard | | Oklahoma City | OK | 73118 | MM/78499 |
| | Carroll Engineering Inc | 11654 Shasta Lane | | Oklahoma City | OK | 73162 | MM/78499 |
| Richard H Carson | | 18670 Plum Road | | Caldwell | ID | 83607-8962 | MM/78499 |
| Sandy J Koski Carson | | 18835 Upper Pleasant Ridge Road | | Caldwell | ID | 83607-9081 | MM/78499 |
| Oran Carter | | 4512 Greenfield Dr. | | Richardson | TX | 75082 | MM/78499 |
| | CEU Paradigm | 100 Constellation Way | | Baltimore | MD | 21202 | MM/78499 |
| | CEU Simplicity LLC | 1221 Lamar St. | | Houston | TX | 77010-3038 | MM/78499 |
| | CEU | 100 Constellation Way | Suite 750 | Baltimore | MD | 21202 | MM/78499 |
| | David J Chernicky Trust | 1307 S Boulder Ave Suite 400 | | Tulsa | OK | 74119-3220 | MM/78499 |
| Linda Childers | | NA2360 Grapewood Court | | Madera | CA | 93637-4917 | MM/78499 |
| Christine Clarke | | 6019 Pearce Avenue | | Lakewood | CA | 90712-1308 | MM/78499 |
| Jeanne Clarke | | 3269 S Stafford Street | | Arlington | VA | 22206-2014 | MM/78499 |
| David Cook | | 1838 Trailwood Court | | Redding | CA | 96003-5352 | MM/78499 |
| Elisa Cook | | 1235 Johnson St | | Red Bluff | CA | 96080-3138 | MM/78499 |
| Wesley Cook | | 19260 Eddy Court | | Cottonwood | CA | 96022-8607 | MM/78499 |
| ATTN: Accounting Department | Covington & Burling LLP | 850 Tenth Street N.W. | | Washington | DC | 20001 | MM/78499 |
| | Crowe & Dunlevy | Attorneys & Counselors At Law | | Oklahoma City | OK | 73102-8273 | MM/78499 |
| David E Cundiff | | 1630 Trails End | | Greenville | NC | 27858-8547 | MM/78499 |
| | DCP Midstream LP | 6120 S. Yale Suite 1100 | | Tulsa | OK | 74136 | MM/78499 |
| | Digital Media | 913 N Broadway Ave | | Oklahoma City | OK | 73102 | MM/78499 |
| | Digital Land Management Co LLC | 3216 Cumberland Drive | | Edmond | OK | 73034 | MM/78499 |

| Name 1 | Name 2 | Address 1 | Address 2 | City | State | Zip | Code |
|---|---|---|---|---|---|---|---|
| | Done By Design Inc | 1533 W Sheridan | | Oklahoma City | OK | 73106 | MM/78499 |
| | Double Eagle Enterprises Inc | 16 East 26th Place | | Tulsa | OK | 74114 | MM/78499 |
| Ledoy J Dukes | | | | | | | |
| Lavonne Dukes | | | | | | | |
| H&W Jtwros | | | | | | | |
| | E C Energy Partners LP | 350928 East 1070 Road | | Prague | OK | 74864-3623 | MM/78499 |
| Paul Wayne Eckstrom | | 8214 Westchester Dr Ste 500 | | Dallas | TX | 75225-6111 | MM/78499 |
| Donna Ehlers | | 1708 W Koenig Street | | Grand Island | NE | 68801-5748 | MM/78499 |
| | | 17734 Ustick Road | | Caldwell | ID | 83607-9636 | MM/78499 |
| Cecelia Ruth Emery | | 356102 E 1030 Rd | | Prague | OK | 74864-1108 | MM/78499 |
| | Enercom Inc | 800 18th Street Suite 200 | | Denver | CO | 80202 | MM/78499 |
| | Finley & Cook PLLC | 601 N Broadway | | Shawnee | OK | 74802-1447 | MM/78499 |
| | Frederic W Cook & Co Inc | 1200 Smith St | | Houston | TX | 77002 | MM/78499 |
| | Fulltel Inc | 201 S Robert S Kerr Ave | | Oklahoma City | OK | 73102-4223 | MM/78499 |
| | Fuse3 Solutions | 2501 Liberty Parkway Ste 700-A | | Oklahoma City | OK | 73110 | MM/78499 |
| David Gibbs | | 5037 Kenneth Ave | | Orcutt | CA | 93455-4415 | MM/78499 |
| | Lillian Goforth Estate | 2000 Fox Avenue | | Oklahoma City | OK | 73160-4516 | MM/78499 |
| Ernest Goforth | | 2000 Fox Ave. | | Moore | OK | 73160 | MM/78499 |
| Ronald D Goforth | | 11616 SW 3rd | | Yukon | OK | 73099 | MM/78499 |
| Richard Goforth | | 35138 E.W. 1270 | | Seminole | OK | 74868 | MM/78499 |
| | Grant Thornton LLP | 33911 Treasury Center | | Chicago | IL | 60694-3900 | MM/78499 |
| | Grace Luthern Church | 2700 S Kimball Ave | | Caldwell | ID | 83605-5622 | MM/78499 |
| | Helen Hand Life Estate | 990575 South 3580 Road | | Prague | OK | 74864-7824 | MM/78499 |
| James B Hargrove Jr | | 2110 E Main Street | | Prague | OK | 74864-7515 | MM/78499 |
| | Heinzig Revocable Trust | 901 Clear Creek | | Yukon | OK | 73099-4237 | MM/78499 |
| Helen E Williams | | 2673 Compass Drive | | Annapolis | MD | 21401-7149 | MM/78499 |
| Keith F Heinzig | | 21772 Contento | | Mission Viejo | CA | 92691-1304 | MM/78499 |
| | Helios Business Partners LLC | 18108 Barrington Drive | | Edmond | OK | 73012-4143 | MM/78499 |
| Johnnie Lou Hill | | 2156 E. 62nd Street North | | Muskogee | OK | 74403-1214 | MM/78499 |
| Nick Hodapp | | 613 NW 46th St | | Oklahoma City | OK | 73118 | MM/78499 |
| Frances Ann Hrdlicka | | 22722 S 4160 Road | | Claremore | OK | 74019-1836 | MM/78499 |
| | HSE Architects PLLC | 914 N Broadway Ste 200 | | Oklahoma City | OK | 73102 | MM/78499 |
| | HSPG & Associates PC | 5400 N Grand Blvd Suite 330 | | Oklahoma City | OK | 73112 | MM/78499 |
| Lois Huffman | | 1124 SW Sixth Ave | | Ontario | OR | 97914-3310 | MM/78499 |
| | ICR | 761 Main Avenue | | Norwalk | CT | 6851 | MM/78499 |
| | Imagenet Consulting LLC | 913 North Broadway Ave | | Oklahoma City | OK | 73102 | MM/78499 |
| Marie James | | 345975 E 930 Rd | | Chandler | OK | 74834 | MM/78499 |
| Richard Alan Johnson | | 36497 EW 1130 | | Seminole | OK | 74868-6201 | MM/78499 |
| Gayle Kaiser | | 1022 Crittenden St | | Red Bluff | CA | 96080-3106 | MM/78499 |
| Paul Kellog | | 101 Pine Road | | Coldspring | TX | 77331-3507 | MM/78499 |
| | Kingdom Investments Ltd | Rosewood Court | 2101 Cedar Springs Rd Suite 600 | Dallas | TX | 75201 | MM/78499 |
| | Kiowa Energy LLC | 6608 N Western #265 | | Oklahoma City | OK | 73116-7326 | MM/78499 |
| Albert A Kirchner | | 11708 SW 72nd Circle | | Ocala | FL | 34476-3612 | MM/78499 |
| Kristian Kos | | 914 N Broadway Ste 230 | 12717 St Andrews Dr | Oklahoma City | OK | 73102 | MM/78499 |
| Shirley Kosch | | 1913 15th Avenue | | Central City | NE | 68826-2022 | MM/78499 |
| | Land Information Services LLC | 1114 Huntington Avenue | | Oklahoma City | OK | 73116 | MM/78499 |
| | Landmark Graphics Corporation | 10200 Bellaire Blvd | | Houston | TX | 77072-5299 | MM/78499 |
| Alice Ann Largent | | 5006 NBU | | Prague | OK | 74864-2042 | MM/78499 |
| Gladys M Lawrence | | 116 Heartwood Court | | Vallejo | CA | 94591-5638 | MM/78499 |
| Rose Mary Lundy | | 4995 Tolo Way | | Oceanside | CA | 92056-5469 | MM/78499 |
| | Martindale Consultants Inc | 4242 N Meridian Ave | | Oklahoma City | OK | 73112 | MM/78499 |
| Sarelda Burdener Marshall | | 14170 West Becker Lane | | Surprise | AZ | 85379-4309 | MM/78499 |
| Wayne Otis Mayes | | 990464 S 3580 Road | | Prague | OK | 74864-7825 | MM/78499 |
| | Mcdonald Mccann Metcalf & Carwile L.L.P. | First Place Tower 15 East Fifth St | Suite 1400 | Tulsa | OK | 74103 | MM/78499 |
| | Mitchell Royalty LP | 17878 W 75 Street North | | Haskell | OK | 74436-5048 | MM/78499 |
| | Muriel Mlynek Life Estate | 11015 S Highway 99 | | Prague | OK | 74864-1230 | MM/78499 |
| Phillip Mlynek | | Route 1 Box 115A | | Prague | OK | 74864-9623 | MM/78499 |
| Marilyn Mooney | | 3630 Castle Reagh Pl | | Riverside | CA | 92506-1219 | MM/78499 |
| | Morrison Printing Company | 6914 N. Classen Blvd | | Oklahoma City | OK | 73116 | MM/78499 |
| Jimmy D Morris | | 6003 NBU | | Prague | OK | 74864-3548 | MM/78499 |
| Roy A Munson | | 780500 S 3580 Road | | Cushing | OK | 74023-6717 | MM/78499 |
| Marylin Muzny | | 638 Golf Crest Drive | | San Antonio | TX | 78239-2514 | MM/78499 |
| | NAPTP | c/o Don Wainwright | | Arlington | VA | 22203 | MM/78499 |
| Elsie Nelson | | 2325 NW 38th Street | | Oklahoma City | OK | 73112 | MM/78499 |
| | New Dominion LLC | 1307 S Boulder Ste 400 | | Tulsa | OK | 74119 | MM/78499 |
| | New Source Energy GP LLC | 914 N Broadway Ste 230 | | Oklahoma City | OK | 73112 | MM/78499 |
| | Newton O'Conner Turner & Ketchum | 15 W 6th Street | | Tulsa | OK | 74119 | MM/78499 |
| | Pangaea Inc | 1600 Breckenridge Dr | | Edmond | OK | 73013-7666 | MM/78499 |
| | Panhandle Oil And Gas Inc. | Suite 300 | | Oklahoma City | OK | 73196-0299 | MM/78499 |
| Michael Anthony Parmele | | 300 N Akard Street Apt 2101 | | Dallas | TX | 75201-3462 | MM/78499 |
| Sharon Paris | | 104 N Indiana Ave | | Caldwell | ID | 83605-2711 | MM/78499 |
| Charles W Pechacek | | 420446 E 1173 Rd | | Eufala | OK | 74432 | MM/78499 |
| Joseph P Pechacek | | 207 Laxton Court | | Katy | TX | 77450-2134 | MM/78499 |
| | PEC Minerals LP | 16400 North Dallas Pkwy | Suite 400 | Dallas | TX | 75248 | MM/78499 |
| | Petroleum Club Of Oklahoma City Inc. | 100 N. Broadway Suite 3400 | | Oklahoma City | OK | 73102 | MM/78499 |
| | PLIC - SBD Grand Island | Principal Financial Group | | Des Moines | IA | 50306-0372 | MM/78499 |
| | Postmaster | Center City Station | | Oklahoma City | OK | 73101-9998 | MM/78499 |
| | Ralph E Davis Associates Inc | 1717 St James Place Ste 460 | | Houston | TX | 77056 | MM/78499 |
| Donna Ray | | 9898 E Northglen | | Claremore | OK | 74017-1596 | MM/78499 |
| | Richards Layton & Finger | One Rodney Square | | Wilmington | DE | 19801 | MM/78499 |
| Linda K Rude | | 6411 Oxbow Bend | | Chanhassen | MN | 55317-9135 | MM/78499 |
| | T & C Russell LLC | 1333 NE 54th St | | Oklahoma City | OK | 74170-1112 | MM/78499 |
| Jo Ann Sanchez | | 2816 Wyndham Lane | | Redding | CA | 96001 | MM/78499 |
| | Sandstone Energy Acq Corp | 101 N Robinson Ave Ste. 910 | | Oklahoma City | OK | 73102-5502 | MM/78499 |
| | Saxum | Unknown | | City | STATE | | MM/78499 |
| Jean Scherotter | | 545 Stonebluff Road | | El Paso | TX | 79912-3312 | MM/78499 |
| | Scissortail Energy LLC (NDL) | 1437 S Boulder Avenue | | Tulsa | OK | 74119-3622 | MM/78499 |
| Lennis Sellers | | 3004 Rosewood Lane | | Oklahoma City | OK | 73120-5723 | MM/78499 |
| Charles Wayne Smith | | 3113 NE Brentwood Drive | | Lawton | OK | 73507-1909 | MM/78499 |
| Hubert Ray Smith Family Rev Tr | | 11445 NS 3540 Road | | Prague | OK | 74864-8600 | MM/78499 |
| Kenneth Dean Smith | | 1504 Robinhood Road | | Bentonville | AR | 72712-4535 | MM/78499 |
| Alice Gay Steward | | 105935 S Highway 177 | | Mccloud | OK | 74851-3602 | MM/78499 |
| Betty Denise Smith Struck | | 320 W 125th Street So. | | Jenks | OK | 74037-4996 | MM/78499 |
| Carol Lee Stiver | | 3471 Cerrillos Road #95 | | Santa Fe | NM | 87507-7720 | MM/78499 |
| Daniel J Sykora | | 2129 SW Flair Drive | | Oklahoma City | OK | 73159-5801 | MM/78499 |
| Kenneth D Sykora | | 313 Moonstone Drive | | East Palatka | FL | 32131-4326 | MM/78499 |
| Elizabeth Cook-Tate | | 710 Marbella Ct. | | Oxnard | CA | 93035 | MM/78499 |
| Ella Martin Templin | | 2804 Nicholas St Apt 215 | | Omaha | NE | 68114-2179 | MM/78499 |
| | The I T Guys Inc | PO Box 271104 | | Oklahoma City | OK | 73137 | MM/78499 |
| Dikran Tourian | | 914 N Broadway Ste 230 | 1433 NW 182nd St | Oklahoma City | OK | 73102 | MM/78499 |
| | TRC Consultants LC | 120 Dietert Ave Suite 100 | | Boerne | TX | 78006 | MM/78499 |
| | Tristar Pension Consulting | 9150 N May Avenue | | Oklahoma City | OK | 73120 | MM/78499 |
| James H & Mabel G Uldrich Rev | | 13200 S Lombard Lane | | Skiatook | OK | 74407 | MM/78499 |
| | United Petro Purchasing (NDL) | %Iberia Management Systems Inc | | Houston | TX | 77046-0100 | MM/78499 |
| | Vision Service Plan Of Oklahoma | | | San Francisco | CA | 94145-0295 | MM/78499 |
| | Waveland Resources Partners I | 19800 Macarthur Blvd | Suite 650 | Irvine | CA | 92612-8443 | MM/78499 |
| Betty M Wetjen | | 754 30th Ave | | Columbus | NE | 68601-6460 | MM/78499 |
| | Whitestar Corporation | 777 S Wadsworth Blvd Ste 4-250 | | Lakewood | CO | 80226 | MM/78499 |
| Lynda White | | 10020 Albert Lane | | Yukon | OK | 73099-8300 | MM/78499 |

| Name | Company | Address | Address 2 | City | State | Zip | Code |
|---|---|---|---|---|---|---|---|
|  | Whitten & Burrage LLP - Do Not Use | 1215 Classen Drive |  | Oklahoma City | OK | 73103 | MM/78499 |
| Peggy A Williams |  | 20566 Homedale Road |  | Caldwell | ID | 83607-9444 | MM/78499 |
|  | Workiva | 2900 University Blvd |  | Ames | IA | 50010 | MM/78499 |
|  | WR Energy LLC | 3904 Monticello Drive |  | Fort Worth | TX | 76107 | MM/78499 |
| Clifford E Wright |  | 355677 E 890 Rd |  | Stroud | OK | 74079 | MM/78499 |
|  | Wunderlich Securities Inc. | 6000 Poplar Avenue Suite 100 |  | Memphis | TN | 38119 | MM/78499 |
| Larry A Zimbelman |  | 919 Washington Ave |  | Hoquian | WA | 98550-1917 | MM/78499 |
| Rosemary S Zimbelman |  | 11885 W La Pan Drive |  | Boise | ID | 83709-1161 | MM/78499 |
| Richard B Zurow |  | 6162 SW Eveyln Street |  | Portland | OR | 97219-5614 | MM/78499 |
| Nancy Allen |  | Unknown |  |  |  |  | MM/78499 |
| Aleane Burkhardt Block |  | Unknown |  |  |  |  | MM/78499 |
|  | Ernest Blumenthal Children's | Unknown |  |  |  |  | MM/78499 |
| Randall Capps |  | Unknown |  |  |  |  | MM/78499 |
| Craig J Elder |  | Unknown |  |  |  |  | MM/78499 |
| Kristen M. Fiegener |  | Unknown |  |  |  |  | MM/78499 |
| Johnny Heinzig |  | Unknown |  |  |  |  | MM/78499 |
| Brandy Hughes |  | Unknown |  |  |  |  | MM/78499 |
| Margaret Sue Killham |  | Unknown |  |  |  |  | MM/78499 |
| Patricia Kaye Lundregan |  | Unknown |  |  |  |  | MM/78499 |
| Jack Martin Jr |  | Unknown |  |  |  |  | MM/78499 |
| Karen F Smith |  | Unknown |  |  |  |  | MM/78499 |
| Bree Welz |  | Unknown |  |  |  |  | MM/78499 |
| Trevor Zimbelman |  | Unknown |  |  |  |  | MM/78499 |
| Lily Hayward Aber |  | Unknown |  |  |  |  | MM/78499 |
| John F Adams II |  | Unknown |  |  |  |  | MM/78499 |
| William R Adams |  | Unknown |  |  |  |  | MM/78499 |
| Clarence M Bishop |  | Unknown |  |  |  |  | MM/78499 |
| Lanora Cheatwood |  | Unknown |  |  |  |  | MM/78499 |
| Stephen Richmond Cook |  | Unknown |  |  |  |  | MM/78499 |
| Elnora Fisher |  | Unknown |  |  |  |  | MM/78499 |
| Loretta Fredrickson |  | Unknown |  |  |  |  | MM/78499 |
| Wanda Johnson |  | Unknown |  |  |  |  | MM/78499 |
|  | Flossie M Lewis Trust | Unknown |  |  |  |  | MM/78499 |
| James Long |  | Unknown |  |  |  |  | MM/78499 |
| Lawrence H Long |  | Unknown |  |  |  |  | MM/78499 |
| Leonard Long |  | Unknown |  |  |  |  | MM/78499 |
| Catherine D Mayes |  | Unknown |  |  |  |  | MM/78499 |
| Jacqueline M Mayes |  | Unknown |  |  |  |  | MM/78499 |
| Lisa Michelle Mayes |  | Unknown |  |  |  |  | MM/78499 |
| Mary Lou Mayes |  | Unknown |  |  |  |  | MM/78499 |
| Roland Mayes |  | Unknown |  |  |  |  | MM/78499 |
| Theodora L Mayes |  | Unknown |  |  |  |  | MM/78499 |
| Daniel R Morrow |  | Unknown |  |  |  |  | MM/78499 |
| Marcella Sykora Olson |  | Unknown |  |  |  |  | MM/78499 |
| Ramona Jane Mayes Parks |  | Unknown |  |  |  |  | MM/78499 |
| Georgia Maude Ramsey |  | Unknown |  |  |  |  | MM/78499 |
| Betty Lou Seebeck |  | Unknown |  |  |  |  | MM/78499 |
| John J Smith |  | Unknown |  |  |  |  | MM/78499 |
| Velma Steakley |  | Unknown |  |  |  |  | MM/78499 |
| Elizabeth Tisdale |  | Unknown |  |  |  |  | MM/78499 |
| Laura Belle Varner |  | Unknown |  |  |  |  | MM/78499 |
| Doris O Washington |  | Unknown |  |  |  |  | MM/78499 |
| Christine D Wheeler |  | Unknown |  |  |  |  | MM/78499 |
| Tonya M Yon |  | Unknown |  |  |  |  | MM/78499 |
| Elmer Broyles |  | Unknown |  |  |  |  | MM/78499 |
| Brynlee Azevedo |  | 6004 NW 160th St |  | Edmond | OK | 73034 | MM/78499 |
| Jennifer Broomfield |  | 2801 Buckland Rd |  | Edmond | OK | 73034 | MM/78499 |
| Jenifer Cefalo |  | 1605 Canary Place |  | Edmond | OK | 73025 | MM/78499 |
| Tyler Dickson |  | 13661 Scenic View Ln |  | Edmond | OK | 73025 | MM/78499 |
| Richard Finley |  | 1421 E. 45th Street |  | Shawnee | OK | 74804 | MM/78499 |
| Kevin Fosbenner |  | 1616 Indian Springs Dr |  | Edmond | OK | 73003 | MM/78499 |
| Joshua Green |  | 413 SW 173rd St |  | Oklahoma City | OK | 73170 | MM/78499 |
| Nicholas Hodapp |  | 444 N. Central Ave. | #201 | Oklahoma City | OK | 73104 | MM/78499 |
| Jeanna House |  | 1943 Harbour Dr. |  | Dulhart | TX | 79022 | MM/78499 |
| Gloria N. Isbell |  | 11525 N Meridian Ave #216 |  | Oklahoma City | OK | 73120 | MM/78499 |
| Cynthia Kenyon |  | 317 E Mansur |  | Guthrie | OK | 73044 | MM/78499 |
| Meredith Larsen |  | 605 SW 158th Terrace |  | Oklahoma City | OK | 73170 | MM/78499 |
| Bethanie Olson |  | 309 Whitman Court |  | Edmond | OK | 73003 | MM/78499 |
| John Raber |  | 12622 White Deer Dr |  | Littleton | OK | 80127 | MM/78499 |
| Janis Roberts |  | 439 NW 46th Terrace |  | Oklahoma City | OK | 73118 | MM/78499 |
| Tom Russell |  | 4300 Carrington Ct |  | Norman | OK | 73072 | MM/78499 |
| Bruce Thompson |  | 712 Lyles Lane |  | Alexandria | VA | 22314 | MM/78499 |
| Terry Toole |  | 1421 East 45th Street |  | Shawnee | OK | 74804 | MM/78499 |
| Jo B. Usry |  | 204 SW 103rd St |  | Oklahoma City | OK | 73139 | MM/78499 |
|  | Paylocity | 3850 N Wilke Rd |  | Arlington Heights | IL | 60004 | MM/78499 |
|  | IRS | 55 North Robinson |  | Oklahoma City | OK | 73102 | MM/78499 |
|  | BMO Harris Financing Inc | 115 South LaSalle | Floor 4 West | Chicago | IL | 60603 | MM/78499 |
|  | Associated Bank N.A. | 1325 Cass Lane East | #302 | Westmont | IL | 60559 | MM/78499 |
|  | Commonwealth Bank of Australia | 811 Main Street | Suite 4675 | Houston | TX | 77002 | MM/78499 |
|  | Societe Generale | 1221 Avenue Of The Americas |  | New York | NY | 10020 | MM/78499 |
|  | CIT Finance LLC | 11 West 42nd Street |  | New York | NY | 10036 | MM/78499 |