**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NEW SOURCE ENERGY PARTNERS, L.P. | ) ) | Case No. 16-10642 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "SOAL") and the Statements of Financial Affairs (the "SOFA," and collectively with the SOAL, the "Schedules and Statements") filed by New Source Energy Partners, L.P. and New Source Energy GP, LLC (each a "Debtor" and collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors and are unaudited. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein. These Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

On the date hereof (the "Petition Date", the Debtors filed voluntary Chapter 7 petitions in the Bankruptcy Court. Unless otherwise stated, asset and liability information is as of the Petition Date. In the year prior to the Petition Date, the Debtors employed two different individuals in the position as corporate controller. In the two months leading up to the Petition Date, the corporate controller position was vacant and the Debtors did not have a certified public accountant or other manager directly overseeing all accounting. Due to this personnel turnover and vacancy, the Debtors' accounting system does not appear to have been updated for certain transactions. The Debtors relied upon information derived from their books and supplemented by the records that were available at the time that these Schedules and Statements were prepared. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to these Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules

and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors.  In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals.  The representative has not and could not personally verify the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.    <u>Basis of Presentation</u>. For financial reporting purposes, New Source Energy GP, LLC, prepares consolidated financial statements that include financial data for each of the Debtors.  The last audit of these consolidated financial statements was as of September 30, 2015.  The Debtors have not prepared detailed financial statements.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles.

2.    <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a)    <u>Book Value</u>.  Unless otherwise noted, each asset and liability of each Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Petition Date, and are not based upon any estimate of their current market values.

(b)    <u>Cash.</u>  Cash balances in the Debtors' bank accounts set forth in the SOAL Schedule B are based on the book balance as of the Petition Date.  As described below regarding royalties, certain of the amounts held in the Debtors' bank account are not property of the Debtors' estates.

(c)    <u>Payments Made within 90 Days prior to the Petition Date</u>.  Payments made on the Debtors' behalf within 90 days prior to the Petition Date have been attributed to the Debtor that made the payment without regard to which Debtor was obligated to make the payment.

(d)    <u>Property and Equipment:  Owned</u>.  Fixed asses are recorded at cost.  Depreciation is computed using accelerated methods over the estimated useful lives of the respective assets.

(e)    <u>Litigation</u>.  The Debtors have listed in SOAL Schedule F all known claimants related to any pending or threatened litigation action as contingent, disputed and unliquidated with unknown amounts.  The Debtors have listed in SOFA Question 4(a) the various litigation matters to which the Debtors were a party within the past year.  The SOFA does not include administrative or other proceedings concerning *de*

*minimis* amounts.

(f)    <u>Liens and Encumbrances on Assets</u>.  In the ordinary course of the Debtors' businesses, tax liens and other encumbrances (*e.g.*, judgment liens) are occasionally filed against property owned by the Debtors.  As of the Petition Date, except as reflected on SOAL Schedule D (secured claims) and as discussed below, the Debtors were not aware of any material liens or encumbrances filed against assets directly owned by the Debtors.

(g)    <u>Secured Claims</u>.  Secured claim amounts have been listed on SOAL Schedule D without regard to the value of assets secured thereby.  No attempt was made by the Debtors to estimate the fair market value as of the Petition Date of assets pledged pursuant to any secured obligation.  Accordingly, deficiency claims of secured creditors were not listed on SOAL Schedule F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim listed on SOAL Schedule D. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors or non-Debtors, and no claim set forth on SOAL Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in SOAL Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

(h)    <u>Executory Contracts</u>.  While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred. The contracts, agreements and leases listed on SOAL Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Such rights, powers, duties and obligations are not set forth on SOAL Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, air rights, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, may not be set forth in SOAL Schedule G.  The presence of a contract or agreement on SOAL Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  Similarly, the absence of a contract or agreement on SOAL Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory.  Parties to executory contracts and unexpired leases were not listed on SOAL Schedule F, except where past due amounts were recorded in the Debtors' accounts payable.  The Debtors have not listed on SOAL Schedule F landlords and executory contract counter-parties which may have claims related to contract/lease rejection or other damages.

3.    <u>Setoff or Recoupment Rights</u>.  The Debtors have not included on Schedule

D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.

4.   <u>Royalties</u>.   Pursuant to various oil and gas leases and agreements, all of which are common in the oil and gas industry, the Debtors regularly pay and hold funds, including portions of revenue generated by oil and gas assets, on behalf of third parties in the ordinary course of business. The Debtors are obligated under various agreements to remit certain funds held for third parties to those parties.   In certain circumstances, checks sent for royalty payments remained uncashed as of the Petition Date or the Debtors had not yet issued a check for owed royalties as of the Petition Date.   To the extent that any of the funds described above are held for payment to third parties, the Debtors have listed the third parties on SOAL Schedule F out of an abundance of caution.   Such funds, however, do not constitute property of the Debtors' estates, and the Debtors therefore have not included such amounts in their responses to SOFA Question 21.

5.   <u>Employee Addresses</u>.   In some instances, the Officer and employee addresses have been removed from entries listed on Schedules E/F and G and the Statements, as applicable, and are listed care of the Debtors' headquarters address.

6.   <u>Global Notes Control</u>.   In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

---

**Fill in this information to identify the case:**

Debtor name   New Source Energy Partners, L.P.

United States Bankruptcy Court for the: _____   District of Delaware
                                                              (State)

Case number (If known):   16-10642 (CSS)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (If known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date | From 1/1/16<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☒ Other  Oil & Gas Sales | $ 2,122,560.53 |
| For prior year: | From 1/1/15<br>MM / DD / YYYY | to 12/31/15<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other  Oil & Gas Sales | $ 19,295,280.00 |
| For the year before that: | From 1/1/14<br>MM / DD / YYYY | to 12/31/14<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other  Oil & Gas Sales | $ 61,487,762.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date | From 1/1/16<br>MM / DD / YYYY | to Filing date | _____ | $ 0 |
| For prior year: | From 1/1/15<br>MM / DD / YYYY | to 12/31/15<br>MM / DD / YYYY | Gain on derivatives | $ 11,837,509 |
| For the year before that: | From 1/1/14<br>MM / DD / YYYY | to 12/31/14<br>MM / DD / YYYY | Gain on acquired business | $ 2,298,553 |

Debtor   New Source Energy Partners, L.P.
         _____
         Name

Case number (if known)   16-10642 (CSS)

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attached SOFA Part 2, Question 3 | | $ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City           State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | $ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City           State     ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Attached SOFA Part 2, Question 4 | | $ | |
| Insider's name | | | |
| Street | | | |
| City           State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| 4.2. | | $ | |
| Insider's name | | | |
| Street | | | |
| City           State     ZIP Code | | | |
| **Relationship to debtor** | | | |

---

Debtor    New Source Energy Partners, L.P.                  Case number (if known)    16-10642 (CSS)
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached SOFA Part 3, Question 7 | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City       State       ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City       State       ZIP Code | |

Debtor    New Source Energy Partners, L.P.                    Case number (if known)___16-10642 (CSS)___
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| _____ | | |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | | |
| Street | _____ | _____ |
| _____ | | Name |
| City    State    ZIP Code | **Case number** | _____ |
| | _____ | Street |
| | | _____ |
| | **Date of order or assignment** | City    State    ZIP Code |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |

Debtor    New Source Energy Partners, L.P.
_____
          Name

Case number *(if known)*    16-10642 (CSS)

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attached SOFA Part 6, Question 11 | | | $_____ |
|  | **Address** | | | |
|  | Street | | | |
|  | City          State     ZIP Code | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
|  | **Address** | | | |
|  | Street | | | |
|  | City          State     ZIP Code | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    New Source Energy Partners, L.P.    Case number *(if known)* 16-10642 (CSS)
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.  See Attached SOFA Part 6, Question 13 | | | $_____ |
| **Address** | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |

| Who received transfer? | | | $_____ |
|---|---|---|---|
| 13.2. | | | |
| **Address** | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  Street | From _____ To _____ |
| City          State      ZIP Code | |
| 14.2.  Street | From _____ To _____ |
| City          State      ZIP Code | |

Debtor    New Source Energy Partners, L.P.                    Case number (if known) 16-10642 (CSS)
_____
Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____

Facility name _____    _____

Street _____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.    **How are records kept?**

*Check all that apply:*

City        State        ZIP Code    _____    ☐ Electronically
                                                              ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. _____

Facility name _____    _____

Street _____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.    **How are records kept?**

*Check all that apply:*

City        State        ZIP Code    _____    ☐ Electronically
                                                              ☐ Paper

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

X Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                    Employer identification number of the plan

_____                            EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☒ No

☐ Yes

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 7

Debtor    New Source Energy Partners, L.P.                    Case number (if known) 16-10642 (CSS)
_____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Associated Bank<br>Name<br>PO Box 19097<br>Street<br>Green Bay, WI 54307<br>City  State  ZIP Code | XXXX– 9353 _ _ _ | ☒ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other_____ | 8/7/15 | $ 4,853.69 |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | XXXX–_ _ _ _ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ❑ No<br>❑ Yes |

---

Debtor  __New Source Energy Partners, L.P.__  Case number (if known)__16-10642 (CSS)__
　　　　　Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City　　　State　　　ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City　　　State　　　ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City　　State　　ZIP Code | City　　State　　ZIP Code | | |

Debtor  New Source Energy Partners, L.P.
_____
Name

Case number (if known) 16-10642 (CSS)
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | MidCentral Energy, GP<br>Name<br>727 N. Morgan Rd.<br>Street<br>Oklahoma, OK 73127<br>City        State        ZIP Code | Oilfield Services | EIN: NONE<br>__ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br>From 10/1/13 To Present |
| 25.2. | MidCentral Energy, LP<br>Name<br>727 N. Morgan Rd.<br>Street<br>Oklahoma, OK 73127<br>City        State        ZIP Code | Oilfield Services | EIN: 46 - 5047575<br>**Dates business existed**<br>From 10/1/13 To Present |
| 25.3. | MidCentral Energy Services, LLC<br>Name<br>727 N. Morgan Rd.<br>Street<br>Oklahoma City, OK    73127<br>City        State        ZIP Code | Oilfield Services | EIN: 2 7 - 2 7 6 0 0 1 5<br>**Dates business existed**<br>From 11/8/13 To Present |

---

Debtor      New Source Energy Partners, L.P.                           Case number *(if known)*    16-10642 (CSS)
            _____                                                   _____
            Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

|  | Name and address | Dates of service |
|---|---|---|
| 26a.1. | See Attached SOFA Part 13, Question 26a | From _____ To _____ |
|  | Name |  |
|  | Street |  |
|  | City          State          ZIP Code |  |
| 26a.2. | Name and address | Dates of service |
|  |  | From _____ To _____ |
|  | Name |  |
|  | Street |  |
|  | City          State          ZIP Code |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

|  | Name and address | Dates of service |
|---|---|---|
| 26b.1. | BDO USA LLP | From March 2014 To October 2015 |
|  | Name |  |
|  | PO Box 31001-0860 |  |
|  | Street |  |
|  | Pasadena, CA 91110 |  |
|  | City          State          ZIP Code |  |
| 26b.2. | Finley & Cook PLLC | From March 2014 To May 2014 |
|  | Name |  |
|  | 601 N. Broadway |  |
|  | Street |  |
|  | Shawnee, OK 74802 |  |
|  | City          State          ZIP Code |  |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. |  |  |
|  | Name |  |
|  | Street |  |
|  | City          State          ZIP Code |  |

---

Debtor **New Source Energy Partners, L.P.**
Name

Case number (if known) 16-10642 (CSS)

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    See Attached SOFA Part 13, Question 26d
Name

Street

City    State    ZIP Code

**Name and address**

26d.2.
Name

Street

City    State    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.
Name

Street

City    State    ZIP Code

Debtor    New Source Energy Partners, L.P.
_____
Name

Case number (if known) 16-10642 (CSS)
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| New Source Energy GP, LLC | 914 Broadway, Ste. 230, Oklahoma City, OK 73102 | General Partner | No Economic Interest |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See Part 2, Question 4 | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City          State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

200

| Debtor | New Source Energy Partners, L.P. | Case number (if known) | 16-10642 (CSS) |
|---|---|---|---|
| | Name | | |

| | **Name and address of recipient** | | | | |
|---|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ | |
| | Name | | | | |
| | _____ | | _____ | | |
| | Street | | | | |
| | _____ | | _____ | | |
| | City          State          ZIP Code | | | | |
| | **Relationship to debtor** | | _____ | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection v or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and c

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/15/2016
                       MM / DD / YYYY

✗ _Carl Wimberley_                              Printed name    CARL WIMBERLEY
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    CHIEF RESTRUCTURING OFFICER

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**

☐ No

☒ Yes

In re New Source Energy, L.P.

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BMI Systems | 913 NORTH BROADWAY AVE | | | | OKLAHOMA CITY | OK | 73102 | USA | Rent/Utilities | 12/17/2015 | $23,576.23 |
| BMI Systems Corporation | 913 NORTH BROADWAY AVE | | | | OKLAHOMA CITY | OK | 73102 | USA | Rent/Utilities | 2/1/2016 | $2,488.69 |
| CEU Simplicity LLC | 1221 LAMAR ST. | STE 750 | | | HOUSTON | TX | 77010 | USA | Royalties | 12/30/2015 | $4,333.06 |
| CEU Simplicity LLC | 1221 LAMAR ST. | STE 750 | | | HOUSTON | TX | 77010 | USA | Royalties | 1/29/2016 | $9,183.29 |
| CEU Simplicity LLC | 1221 LAMAR ST. | STE 750 | | | HOUSTON | TX | 77010 | USA | Royalties | 3/9/2016 | $2,798.13 |
| Land Information Services | 1114 HUNTINGTON AVENUE | | | | OKLAHOMA CITY | OK | 73116 | USA | Land services related to potential asset exchange | 12/10/2015 | $11,285.00 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | USA | Professional Fees | 2/11/2016 | $75,000.00 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | USA | Professional Fees | 2/08/2016 | $71,112.56 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | USA | Professional Fees | 3/1/2016 | $80,297.52 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | USA | Professional Fees | 3/10/2016 | $22,131.90 |
| Opportune, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | USA | Professional Fees | 2/11/2016 | $614,095.30 |
| Opportune, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | USA | Professional Fees | 2/19/2016 | $157,446.91 |
| Opportune, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | USA | Professional Fees | 3/2/2016 | $201,766.89 |
| Opportune, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | USA | Professional Fees | 3/10/2016 | $69,433.51 |
| Quorum Business Solutions, INC. | PO BOX 122242 | DEPT 2242 | | | DALLAS | TX | 75312 | USA | Accounting Software Host Fee | 12/17/2015 | $5,000.00 |
| Quorum Business Solutions, INC. | PO BOX 122242 | DEPT 2242 | | | DALLAS | TX | 75312 | USA | Accounting Software Host Fee | 1/6/2016 | $11,234.25 |
| Waveland Resources Partners LLC | 19800 MACARTHUR BLVD | SUITE 650 | | | IRVINE | CA | 92612 | USA | Royalties | 12/30/2015 | $4,333.06 |
| Waveland Resources Partners LLC | 19800 MACARTHUR BLVD | SUITE 650 | | | IRVINE | CA | 92612 | USA | Royalties | 1/29/2016 | $9,183.30 |
| Waveland Resources Partners LLC | 19800 MACARTHUR BLVD | SUITE 650 | | | IRVINE | CA | 92612 | USA | Royalties | 3/9/2016 | $2,798.13 |

In re New Source Energy, L.P.

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Expense Reimbursement | 11/27/2015 | $2,779.96 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 11/20/2015 | $6,254.91 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 11/5/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 10/20/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 10/5/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 9/18/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 9/4/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 8/20/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 8/5/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 7/20/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 7/2/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 6/19/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 6/5/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 5/20/2015 | $62,924.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 5/5/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 4/20/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 4/3/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 3/20/2015 | $10,424.78 |
| Amber Bonney | Redacted | | | | | | | | VP of Accounting | Payroll | 3/5/2015 | $10,424.78 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 2/19/2016 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 1/20/2016 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 12/18/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 11/20/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 10/20/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 9/18/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 8/20/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 7/20/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 6/19/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 5/20/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 4/20/2015 | $5,416.67 |
| Bruce Thompson | Redacted | | | | | | | | Board Member | Board Fees | 3/20/2015 | $5,416.67 |
| Carl Wimberley | 711 Louisiana Street | Suite 3100 | | | Houston | TX | 77002 | | Chief Restructuring Officer | Expense Reimbursement | 3/2/2016 | $1,318.90 |
| Carl Wimberley | 711 Louisiana Street | Suite 3100 | | | Houston | TX | 77002 | | Chief Restructuring Officer | Expense Reimbursement | 3/10/2016 | $2,896.40 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 1/20/2016 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 1/5/2016 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 12/18/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 12/4/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 11/20/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 11/5/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 10/20/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 10/5/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 9/18/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 9/4/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 8/20/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 8/5/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 7/20/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 7/2/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 6/19/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 6/5/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Bonus | 5/20/2015 | $50,000.00 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 5/5/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 4/20/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 4/3/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 3/20/2015 | $8,333.34 |
| Carol Bryant | Redacted | | | | | | | | VP of Engineering | Payroll | 3/5/2015 | $8,333.34 |
| Dikran Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 2/5/2016 | $20,500.00 |
| Dikran Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 1/20/2016 | $20,500.00 |
| Dikran Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 1/5/2016 | $20,500.00 |
| Dikran Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 12/18/2015 | $20,500.00 |
| Dikran Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 12/4/2015 | $20,500.00 |
| Dikran Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 11/20/2015 | $20,500.00 |

In re New Source Energy, L.P.

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 11/5/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 10/20/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 10/5/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 9/18/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 9/4/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Expense Reimbursement | 8/31/2015 | $1,229.20 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 8/20/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 8/5/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 7/20/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 7/2/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 6/19/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 6/5/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 5/20/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 5/5/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 4/20/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 4/3/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 3/20/2015 | $20,500.00 |
| Dikram Tourian | Redacted | | | | | | | | Chief Operating Officer | Payroll | 3/5/2015 | $20,500.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2300 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 3/3/2015 | $121,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2301 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 3/26/2015 | $142,700.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2302 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 4/7/2015 | $115,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2303 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 4/17/2015 | $130,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2304 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 5/4/2015 | $60,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2305 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 5/18/2015 | $500,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2306 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 5/26/2015 | $70,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2307 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 6/2/2015 | $120,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2308 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 6/2/2015 | $500,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2309 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 6/17/2015 | $141,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2310 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 6/17/2015 | $300,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2311 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 7/1/2015 | $120,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2312 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 7/21/2015 | $300,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2313 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 8/4/2015 | $121,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2314 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 8/18/2015 | $140,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2315 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 9/3/2015 | $121,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2316 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 9/3/2015 | $300,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2317 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 9/16/2015 | $140,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2318 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 10/2/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2319 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 10/2/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2320 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 10/2/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2321 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 10/22/2015 | $21,670.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2322 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 11/2/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2323 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 11/16/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2324 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 11/19/2015 | $16,250.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2325 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 11/30/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2326 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 12/17/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2327 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 12/21/2015 | $16,250.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2328 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 12/30/2015 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2329 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 1/19/2016 | $175,000.00 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2330 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 2/3/2016 | $80,585.95 |
| Energy Management Resource, LLC | 914 N Broadway | Suite 2331 | | | Oklahoma City | OK | 73102 | | Affiliate | Payroll Transfer | 2/18/2015 | $47,555.00 |
| Erick Flowback Services, LLC | 12284 OK-30 | | | | Erick | OK | 73645 | | Affiliate | Settle Intercompany Balance | 6/30/2015 | $750,000.00 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 10/20/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 9/18/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 8/20/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 7/20/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 6/19/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 5/20/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 4/20/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 3/20/2015 | $5,416.67 |
| John Raber | Redacted | | | | | | | | Board Member | Board Fees | 2/5/2016 | $5,416.67 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 1/20/2016 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 1/5/2016 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 12/18/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 12/4/2015 | $20,500.00 |

In re New Source Energy, L.P.

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 11/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 11/5/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 10/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 10/5/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 9/18/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 9/4/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 8/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Expense Reimbursement | 8/7/2015 | $1,229.23 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 8/5/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 7/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 7/2/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 6/19/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 6/5/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 5/27/2015 | $3,206.92 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 5/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 5/5/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 4/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 4/3/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 3/20/2015 | $20,500.00 |
| Kristian Kos | Redacted | | | | | | | | Chief Executive Officer | Payroll | 3/5/2015 | $20,500.00 |
| Lee Reynolds | Redacted | | | | | | | | Board Member | Board Fees | 6/19/2015 | $5,416.67 |
| Lee Reynolds | Redacted | | | | | | | | Board Member | Board Fees | 5/20/2015 | $5,416.67 |
| Lee Reynolds | Redacted | | | | | | | | Board Member | Board Fees | 4/20/2015 | $5,416.67 |
| Lee Reynolds | Redacted | | | | | | | | Board Member | Board Fees | 3/20/2015 | $5,416.67 |
| MidCentral Energy Services, LLC | 727 N Morgan Road | | | | Oklahoma City | OK | 73127 | | Affiliate | Settle Intercompany Balance | 7/22/2015 | $10,398.48 |
| MidCentral Energy Services, LLC | 727 N Morgan Road | | | | Oklahoma City | OK | 73127 | | Affiliate | Settle Intercompany Balance | 6/26/2015 | $695,000.00 |
| MidCentral Energy Services, LLC | 727 N Morgan Road | | | | Oklahoma City | OK | 73127 | | Affiliate | Settle Intercompany Balance | 7/23/2015 | $220,181.00 |
| MidCentral Energy Services, LLC | 727 N Morgan Road | | | | Oklahoma City | OK | 73127 | | Affiliate | Settle Intercompany Balance | 10/27/2015 | $100,000.00 |
| MidCentral Energy Services, LLC | 727 N Morgan Road | | | | Oklahoma City | OK | 73127 | | Affiliate | Settle Intercompany Balance | 11/19/2015 | $170,000.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 2/19/2016 | $7,500.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 2/5/2016 | $7,500.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 1/20/2016 | $7,500.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 1/5/2016 | $7,500.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 12/18/2015 | $7,500.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 12/4/2015 | $7,500.00 |
| Paula Maxwell | Redacted | | | | | | | | VP of Accounting | Payroll | 11/20/2015 | $7,500.00 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 2/19/2016 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 1/20/2016 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 12/18/2015 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 11/20/2015 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 10/20/2015 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 9/18/2015 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 8/20/2015 | $5,416.67 |
| Richard Finley | Redacted | | | | | | | | Board Member | Board Fees | 7/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 2/19/2016 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 1/20/2016 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 12/18/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 11/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 10/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 9/18/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 8/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 7/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 6/19/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 5/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 4/20/2015 | $5,416.67 |
| Terry Toole | Redacted | | | | | | | | Board Member | Board Fees | 3/20/2015 | $5,416.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 1/20/2016 | $7,500.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 1/5/2016 | $7,500.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 12/18/2015 | $7,500.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 12/4/2015 | $7,500.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 11/20/2015 | $7,500.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 11/5/2015 | $7,500.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 10/20/2015 | $6,666.67 |

In re New Source Energy, L.P.

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 10/5/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 9/18/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 9/4/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 8/20/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 8/5/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 7/20/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 7/2/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 6/19/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 6/5/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Bonus | 5/20/2015 | $30,000.00 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 5/5/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 5/5/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 4/20/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 4/3/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 3/20/2015 | $6,666.67 |
| Tom Russell | Redacted | | | | | | | | General Counsel | Payroll | 3/5/2015 | $6,666.67 |

In re New Source Energy, L.P.

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| | | District Court for Tulsa County - State of Oklahoma 500 South Denver Avenue Tulsa, OK 74103 | |
| David Chemisky, et al. v. Kristian Kos, et al.; CJ-2015-123 | Various claims | US District Cout: Southern District of New York 500 Pearl Street | Stayed pending settlement |
| Enrico Vaccaro v. New Source Energy Partners L.P. et al. - Case#: 1:15-cv-08954 | Securities fraud | New York, NY 10007 District Court for Tulsa County - State of Oklahoma 500 South Denver Avenue | In process |
| New Source Energy Partners L.P. v. New Dominion, LLC et al.; CJ-15-1239 | Various claims | Tulsa, OK 74103 District Court for Oklahoma County - State of Oklahoma 320 Robert S. Kerr, Room 609 | Stayed pending settlement |
| Waveland Energy Partners, LLC v. New Dominion, LLC, Scentilla, LLC and New Source Energy Partners L.P.; CV-2016:128 | Various claims | Oklahoma City, OK 73102 | In process |

1 of 1

In re New Source Energy, LP.
SOFA Part 6, Question 11 - Payments related to
bankruptcy

| Name of Payee | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email or Website Address | Payor if not the Debtor | If not money, describe property transferred | Date of Payment or Transfer | Total amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | http://www.mnat.com/ | | | 2/11/2016 | 75,000.00 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | http://www.mnat.com/ | | | 2/18/2016 | 71,112.56 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | http://www.mnat.com/ | | | 3/7/2016 | 80,297.52 |
| Morris, Nichols, Arsht & Tunnell LLP | PO Box 1347 | | | | Wilmington | DE | 19899 | http://www.mnat.com/ | | | 3/10/2016 | 22,131.90 |
| Opperman, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | http://opperman.com/ | | | 11/16/2015 | 100,000.00 |
| Opperman, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | http://opperman.com/ | | | 2/11/2016 | 614,050.30 |
| Opperman, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | http://opperman.com/ | | | 2/19/2016 | 157,446.91 |
| Opperman, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | http://opperman.com/ | | | 3/2/2016 | 201,766.89 |
| Opperman, LLP | 711 LOUISIANA STREET | SUITE 3100 | | | HOUSTON | TX | 77002 | http://opperman.com/ | | | 3/10/2016 | 69,433.51 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 9/30/2015 | 256,163.75 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 9/30/2015 | 29,016.73 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 9/30/2015 | 7,938.75 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 11/13/2015 | 25,015.01 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 11/13/2015 | 3,613.80 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 11/13/2015 | 9,373.75 |
| Vinson & Elkins, LLP | PO BOX 301019 | | | | DALLAS | TX | 75303 | http://www.velaw.com/ | | | 11/20/2015 | 1,624.00 |

In re New Source Energy, L.P.
SOFA Part 6, Question 13 - Other Transfers

| Name of Transferee | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Relationship to Debtor | Description of Property Transferred or Payments Made | Date of Payment or Transfer | Total amount or value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Erick's Holdings, LLC | 20568 U.S. Hwy 81 | | | | Kingfisher | OK | 73750 | Third party purchaser | 100% equity interests in Erick Flowback Services LLC and Rod's Production Services, LLC. | 12/16/2015 | $44.9 million |
| Patriot Wellhead, LLC | 910 SE 35th | | | | El Reno | OK | 73036 | Third party purchaser | 100% equity interests in MidCentral Completion Services, LLC | 1/6/2016 | $3.1 million |

In re New Source Energy, L.P.
SOFA Part 13, Question 26a - Bookkeepers and accountants

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Dates Services Rendered |
|------|----------|----------|----------|----------|------|-------|-----|--------------------------|
| Ambery Bonney | 15605 Creek View Dr. | | | | Edmond | OK | 73013 | May 2014 - October 2015 |
| Finley & Cook PLLC | 601 N BROADWAY | | | | SHAWNEE | OK | 74802 | March 2014 - May 2014 |
| Paula Maxwell | 22175 Cousins Rd | | | | Tecumseh | OK | 74873 | November 2015 - February 2016 |

In re New Source Energy, L.P.

SOFA Part 13, SOFA 26d - Creditors and other parties to whom a financial statement was issued

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Associated Bank, N.A. | 1325 Cass Lane East | #302 | | | Westmont | IL | 60559 |
| BMO Harris Financing, Inc | 115 South LaSalle | Floor 4 West | | | Chicago | IL | 60603 |
| CIT Finance LLC | 11 West 42nd Street | | | | New York | NY | 10036 |
| Commonwealth Bank of Australia | 811 Main Street, | Suite 4675 | | | Houston | TX | 77002 |
| HELIOS BUSINESS PARTNERS LLC | 18108 BARRINGTON DRIVE | | | | Edmond | OK | 73012 |
| PRICEWATERHOUSE COOPERS LLP | PO BOX 932011 | | | | ATLANTA | GA | 31193 |
| Societe Generale | 1221, Avenue Of The Americas | | | | New York | NY | 10020 |

1 of 1