# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW SOURCE ENERGY PARTNERS, L.P., et al.[1],<br><br>      Debtors. | Chapter 7<br><br>Case No. 16-10642 (CSS) |
| David W. Carickhoff, solely in his capacity as chapter 7 trustee for the estates of New Source Energy Partners, L.P., *et al.*,<br><br>      Plaintiff,<br><br>v.<br><br>Erick Flowback Services, LLC<br>Opportune, LLP<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br>Adv. P. No. 18-50317 (CSS)<br>Adv. P. No. 18-50319 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 12, 2018 AT 10:45 A.M.

**ADJOURNED MATTERS**

1. Pretrial conference in Adversary Proceeding No. 18-50317 (CSS).

    Status: The parties have agreed to adjourn the pretrial conference to a date to be determined by the Court.

**UNCONTESTED MATTERS WITH A CNO**

2. Chapter 7 Trustee's Motion for an Order Approving Settlement With Opportune, LLP (Filed November 9, 2018) [Dkt. No. 267]

    Response Deadline: November 26, 2018

    Response Received: None.

---

[1] The Debtors are the following entities: New Source Energy Partners, L.P. (16-10642) and New Source Energy GP, LLC (16-10643).

Related Documents:

a. Notice of Filing of Unredacted Settlement Agreement (filed November 26) [Dkt. No. 270]

b. Certificate of No Objection (filed December 6, 2018) [Dkt. No. 271]

Status: A certificate of no objection has been filed.

| | |
|---|---|
| Dated: December 10, 2018 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>S. Alexander Faris (No. 6278)<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE  19801<br>Phone: (302) 777-4350<br>E-mail: aroot@archerlaw.com<br><br>*Counsel to David W. Carickhoff, Ch. 7 Trustee* |

215625265v1