**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: New Source Energy Partners, L.P. | § | Case No. 16-10642-CSS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/15/2016. The undersigned trustee was appointed on 03/15/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 14,811,187.15

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,257,213.24 |
| Bank service fees | 55,132.95 |
| Other payments to creditors | 10,299,784.54 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 1,199,056.42 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/02/2016 and the deadline for filing governmental claims was 12/02/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $467,585.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $467,585.61, for a total compensation of $467,585.61[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.84 for total expenses of $8.84[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2019

By: /s/ David Carickhoff
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 1

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.

**For Period Ending:** 08/20/2019

**Trustee Name:** (280150) David Carickhoff
**Date Filed (f) or Converted (c):** 03/15/2016 (f)
**§ 341(a) Meeting Date:** 04/11/2016
**Claims Bar Date:** 12/02/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Unscheduled Royalty (u) | Unknown | 0.00 | | 0.00 | FA |
| 2 | BancFirst - Balance of Closed Accts | 34,871.71 | 0.00 | | 23,781.81 | FA |
| 3 | BMO Harris Bank - Balance of Closed Acct 0184 | 77,080.27 | 0.00 | | 76,095.49 | FA |
| 4 | Deposit - Oklahoma Corp Commission | 25,000.00 | 25,000.00 | | 25,247.61 | FA |
| 5* | Prepaid Insurance (See Footnote) | 115,831.99 | 115,831.99 | | 0.00 | FA |
| 6 | Prepaid Legal Fees | 82,000.00 | 82,000.00 | | 71,028.28 | FA |
| 7* | Prepaid Financial Advisor (See Footnote) | 50,000.00 | 50,000.00 | | 49,066.56 | FA |
| 8* | A/R - 90 days or less (See Footnote) | 84,662.42 | 84,662.42 | | 0.00 | FA |
| 9* | A/R - 90 days or more (See Footnote) | 3,889,046.27 | 3,889,046.27 | | 0.00 | FA |
| 10* | Non Public Stock / Business Interest (See Footnote) | Unknown | 0.00 | | 600,000.00 | FA |
| 11* | Office Furniture (See Footnote) | 21,787.71 | 21,787.71 | OA | 0.00 | FA |
| 12* | Equipment / Software (See Footnote) | 752,124.25 | 752,124.25 | OA | 0.00 | FA |
| 13 | Domain Name | Unknown | 0.00 | | 0.00 | FA |
| 14* | Interest in Insurance Policies / Annuities (See Footnote) | 18,846.00 | 18,846.00 | | 0.00 | FA |
| 15* | Third Party Actions (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Well Operating Revenue (u) | Unknown | Unknown | | 3,735,804.48 | FA |
| 17* | Interests in Real Property - Working Interests (See Footnote) | Unknown | 10,000.00 | | 10,000,000.00 | FA |
| 18 | Tax Refunds - Unscheduled (u) | Unknown | 200.00 | | 162.92 | FA |
| 19 | Avoidance Actions (u) | Unknown | 225,000.00 | | 225,000.00 | FA |
| 20* | Remnant Asset Sale (u) (See Footnote) | Unknown | 0.00 | | 5,000.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$5,151,250.62** | **$5,274,498.64** | | **$14,811,187.15** | **$0.00** |

RE PROP# 5 Insurance was maintained to cover potential issues with the wells.

RE PROP# 7 Debtor's financial advisor - Opportune -- used all retainer amounts prior to bankruptcy. The lender's financial advisor - FTI - did not use all of its retainer.

RE PROP# 8 Debtor indicated these are amounts believed to be owed by New Dominion for oil and gas revenues. All claims against New Dominion were settled.

RE PROP# 9 Debtor indicated these are amounts believed to be owed by New Dominion for oil and gas revenues. All claims against New Dominion were settled.

RE PROP# 10 Mid Central Energy Services LLC was not part of sale transaction approved at DI 82. Trustee does not believe this remaining entity has any value.

RE PROP# 11 Abandoned. See Dkt. No. 47

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**For Period Ending:** 08/20/2019

**Trustee Name:** (280150) David Carickhoff
**Date Filed (f) or Converted (c):** 03/15/2016 (f)
**§ 341(a) Meeting Date:** 04/11/2016
**Claims Bar Date:** 12/02/2016

| | |
|---|---|
| RE PROP# 12 | Abandoned. See Dkt. No. 47 |
| RE PROP# 14 | Insurance was maintained on wells post-petition until sale closing. |
| RE PROP# 15 | All claims against New Dominion were settled as part of global resolution. See Dkt. No. 231. |
| RE PROP# 17 | Working interests in wells sold to HP Acquisition for $10m ($5m for leasehold interests and $5m for tangible assets). See Dkt. No. 179. The Southern Dome wells and the stray wells were a negative asset. The estate paid total consideration of $1.675m to have them assumed and assigned by New Dominion (the $1.675m includes $1m paid directly to New Dominion and $675k paid to H&P under the settlement approved at Dkt. No. 231). |
| RE PROP# 20 | Docket No. 297 |

**Major Activities Affecting Case Closing:**

1-21-19. Reconcile claims. Prosecute avoidance actions. Address tax preparation issues.
4/30/19 Resolve open issues with secured lenders.

**Initial Projected Date Of Final Report (TFR):** 03/15/2019 **Current Projected Date Of Final Report (TFR):** 06/10/2019 (Actual)

# Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1766 Escrow Acct - Sale Deps
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/10/16 | {10} | TORUS ENERGY SERVICES LLC | Escrow for purchase of certain assets - sale approved - see Docket 82 | 1129-000 | 60,000.00 | | 60,000.00 |
| 05/17/16 | {1} | Scissor Tail Energy LLC | Wellhead Payment / Royal Wulff - $89.25 Zug Bug - $65.59 | 1221-000 | 154.84 | | 60,154.84 |
| 05/17/16 | {1} | Scissor Tail Energy LLC | Reversed Deposit 100001 1 Wellhead Payment / Royal Wulff - $89.25 Zug Bug - $65.59 | 1221-000 | -154.84 | | 60,000.00 |
| 07/19/16 | | To Account #******1767 | Purchase Price for sale of non-debtor equity | 9999-000 | | 60,000.00 | 0.00 |
| 04/10/17 | {17} | H&P Investments LLC | Escrow Deposit for Purchase of Debtor's Assets | 1110-000 | 1,000,000.00 | | 1,000,000.00 |
| 07/20/17 | {17} | H&P Investments LLC | Balance of purchase price for oil and gas interests | 1110-000 | 9,000,000.00 | | 10,000,000.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,004.74 | 9,997,995.26 |
| 09/18/17 | | To Account #******1769 | Transfer reflects increased professional fee budget agreed to by lenders on 9/7/17 | 9999-000 | | 414,748.50 | 9,583,246.76 |
| 09/22/17 | | BMO Harris Bank, N.A. | Wire - Payment of secured claim - See Dkt No. 116 | 4210-000 | | 1,200,000.00 | 8,383,246.76 |
| 10/11/17 | 101 | MIDCON Data Services, LLC | Storage of Documents / Acct No. 4795 Payment of Invoices 7/1/2016 thru 10/1/2017 | 2420-000 | | 1,129.45 | 8,382,117.31 |
| 04/11/18 | | To Account #******1770 | Transfer to Increase Trustee Commission Account | 9999-000 | | 150,000.00 | 8,232,117.31 |
| 04/23/18 | | To Account #******1770 | Increase Commission Carve-Out by Agreement | 9999-000 | | 50,000.00 | 8,182,117.31 |
| 04/23/18 | | To Account #******1769 | Increase Professional Budget Carve Out by Agreement | 9999-000 | | 737,251.80 | 7,444,865.51 |
| 04/23/18 | | To Account #******1767 | Transfer sale proceeds to lender collateral account | 9999-000 | | 5,769,865.51 | 1,675,000.00 |
| 04/24/18 | | H&P Investments | Wire - H&P Investments / Payment re Settlement - Dkt 231 | 2500-000 | | 675,000.00 | 1,000,000.00 |
| 04/24/18 | | New Dominion LLC | Wire -Cure Payment under Settlement Agreement - See Dkt. 231 | 2420-000 | | 1,000,000.00 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **10,060,000.00** | **10,060,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | **7,181,865.81** | |
| **Subtotal** | **10,060,000.00** | **2,878,134.19** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$10,060,000.00** | **$2,878,134.19** | |

# Form 2

Exhibit B
Page: 2

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1767 Lender Collateral Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/17/16 | {16} | Scissor Tail Energy LLC | Royal Wulff - $89.25~Zug Bug - $65.59~ | 1223-000 | 154.84 | | 154.84 |
| 05/24/16 | {2} | New Source Energy GP, LLC | Funds transfer from Case 16-10643 - Deposited into incorrect account | 1129-000 | 23,781.81 | | 23,936.65 |
| 05/25/16 | {3} | BMO Harris Bank | Balance of Bank Account XXXX0184 - Closed | 1129-000 | 76,095.49 | | 100,032.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.53 | 99,968.61 |
| 06/10/16 | {6} | Morris James Arsht & Tunnell LLP | Refund of Retainer - MNAT Client No. 78499 | 1129-000 | 56,224.00 | | 156,192.61 |
| 06/22/16 | {6} | Morris Nichols Arsht & Tunnell LLP | Balance of Retainer | 1129-000 | 10,002.51 | | 166,195.12 |
| 06/30/16 | {16} | New Dominion LLC UMB BK NA | Revenue from ownership interests in wells - May revenue | 1223-000 | 132,356.65 | | 298,551.77 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.46 | 298,250.31 |
| 07/12/16 | {10} | MCE Acquisition LLC | Purchase price for equity of non-debtor subsidies - sale approved see Docket 82 | 1129-000 | 540,000.00 | | 838,250.31 |
| 07/19/16 | | From Account #******1766 | Purchase Price for sale of non-debtor equity | 9999-000 | 60,000.00 | | 898,250.31 |
| 07/28/16 | 101 | I.T. Guys | Inv. 11546 - Data Retrieval from Debtor servers | 2990-000 | | 2,265.05 | 895,985.26 |
| 07/29/16 | {16} | New Dominion LLC / UMB Bk NA | Revenue from ownership interests in wells - June revenue | 1223-000 | 373,023.55 | | 1,269,008.81 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 935.68 | 1,268,073.13 |
| 08/10/16 | 102 | Arthur J. Gallagher Risk Management Services, Inc. | Insurance for Non-Operator of Wells - Inv. 1858355 | 2420-000 | | 45,356.00 | 1,222,717.13 |
| 08/31/16 | {16} | New Dominion LLC | Revenue from ownership interests in wells - July revenue | 1223-000 | 431,277.82 | | 1,653,994.95 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,971.03 | 1,652,023.92 |
| 09/12/16 | 103 | Giuliano, Miller & Company, LLC | Accountant/FA fees and expenses approved | | | 73,005.10 | 1,579,018.82 |
| | | | Accountant/Financial Advisor Fees approved at Dkt. No. 111 $72,651.00 | 3410-000 | | | 1,579,018.82 |
| | | | Accountant Expenses approved at Dkt. No. 111 $354.10 | 3420-000 | | | 1,579,018.82 |
| 09/12/16 | 104 | Archer & Greiner, P.C. | Attorney Fees and Expenses Approved | | | 103,893.89 | 1,475,124.93 |
| | | | Attorney fees approved at Dkt No. | 3110-000 | | | 1,475,124.93 |
| | | | | **Page Subtotals:** | **$1,702,916.67** | **$227,791.74** | |

# Form 2

Exhibit B
Page: 3

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1767 Lender Collateral Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 110<br>$101,219.00 | | | | |
| | | | Attorney Expenses approved at Dkt. No. 110<br>$2,674.89 | 3120-000 | | | 1,475,124.93 |
| 09/12/16 | 105 | Polsinelli PC | Attorney fees approved at Dkt. No. 107 | 3210-000 | | 36,527.50 | 1,438,597.43 |
| 09/30/16 | {16} | New Dominion LLC | Revenue from ownership of wells - August revenue | 1223-000 | 411,543.86 | | 1,850,141.29 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,221.60 | 1,847,919.69 |
| 10/31/16 | {16} | New Dominion LLC | Revenue from ownership interest in wells - September revenue | 1223-000 | 452,006.88 | | 2,299,926.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,562.34 | 2,297,364.23 |
| 11/07/16 | {16} | Scissor Tail Energy, LLC | Revenue from wells~Description *********1224 Voucher 12621003 9/27/16 | 1223-000 | 6,897.99 | | 2,304,262.22 |
| 11/15/16 | | BMO Harris Bank N.A. | Payment in connection with secured claim - See Dkt. No. 116 - wire authorized by US Trustee | 4210-000 | | 1,497,000.00 | 807,262.22 |
| 11/30/16 | {16} | New Dominion LLC | Revenue from ownership interests in wells - October revenue | 1223-000 | 419,459.03 | | 1,226,721.25 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,190.11 | 1,224,531.14 |
| 12/30/16 | {16} | New Dominion LLC | Revenue from ownership interest in the wells - November revenue | 1223-000 | 569,544.11 | | 1,794,075.25 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,756.49 | 1,792,318.76 |
| 01/11/17 | 106 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2017 FOR CASE #16-10642, Bond #016026389 1/1/17 - 12/31/17 | 2300-000 | | 465.13 | 1,791,853.63 |
| 01/31/17 | {16} | New Dominion LLC | Revenue from ownership interest in wells for December 2016 | 1223-000 | 90,180.02 | | 1,882,033.65 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,749.09 | 1,879,284.56 |
| 02/21/17 | 107 | CEU Paradigm LLC | Post-petition expenses for Eight East - Inv. # 1-29, 139-166, 272-300, 409-437,671, 674-699 | 2420-000 | | 128,620.94 | 1,750,663.62 |
| 02/21/17 | 108 | SWK Technologies, Inc. | Inv. 119773 - Create email accounts for use in sales and marketing process | 2990-000 | | 133.76 | 1,750,529.86 |
| 02/28/17 | {16} | New Dominion LLC | Revenue from ownership interest in wells for January 2017 | 1223-000 | 474,746.71 | | 2,225,276.57 |
| | | | | **Page Subtotals:** | **$2,424,378.60** | **$1,674,226.96** | |

# Form 2

Exhibit B
Page: 4

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1767 Lender Collateral Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,492.03 | 2,222,784.54 |
| 03/09/17 | | BMO Harris Bank N.A. | Wire - Payment of Secured Claim - See Dkt No. 116 | 4210-000 | | 1,397,784.54 | 825,000.00 |
| 03/31/17 | {16} | New Dominion LLC Valley Ntl Tulsa | Revenue from Ownership interest in wells | 1223-000 | 374,613.02 | | 1,199,613.02 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,733.21 | 1,197,879.81 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,300.35 | 1,195,579.46 |
| 05/31/17 | | To Account #******1768 | Distribution Carve-Out Funds as per cash collateral order at DI 116 | 9999-000 | | 220,000.00 | 975,579.46 |
| 05/31/17 | | To Account #******1769 | Remainder of Professional Fee Budget ($213,426.49 already paid) - see cash collateral order at DI 116 | 9999-000 | | 402,929.51 | 572,649.95 |
| 05/31/17 | | To Account #******1770 | Trustee Commission Reserve Account - see cash collateral order at DI 116 | 9999-000 | | 200,000.00 | 372,649.95 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,164.38 | 369,485.57 |
| 07/19/17 | 109 | Enerfin Resources I LP | Expenses for Eight East - October 2016 - May 2017 | 2420-000 | | 174,228.35 | 195,257.22 |
| 09/22/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 1,608.18 | 193,649.04 |
| 09/22/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 1,753.83 | 191,895.21 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,498.19 | 190,397.02 |
| 10/26/17 | | New Dominion LLC | Funds sent in error by New Dominion - not estate property | 1280-002 | 165,317.34 | | 355,714.36 |
| 10/31/17 | | New Dominion, LLC | Return of funds sent in error - wire authorized by UST | 1280-002 | -165,317.34 | | 190,397.02 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,429.03 | 188,967.99 |
| 11/06/17 | 110 | Federal Express | Inv #5-977-70979 / Shipping for 29 boxes of corp docs from Debtor's HQ to Trustee's office | 2420-000 | | 549.58 | 188,418.41 |
| 11/29/17 | {18} | State of Oklahoma | Tax Refund - Unemployment Insurance | 1224-000 | 162.92 | | 188,581.33 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,299.98 | 187,281.35 |
| 12/28/17 | 111 | International Sureties, Ltd. | Bond Premium / Bond #016214094 / Case #16-10642 / Term 7/20/17 to 7/20/18 | 2300-000 | | 21,335.00 | 165,946.35 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 1,254.81 | 164,691.54 |
| | | | **Page Subtotals:** | | **$374,775.94** | **$2,435,360.97** | |

# Form 2

Exhibit B
Page: 5

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1767 Lender Collateral Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 01/10/18 | 112 | International Sureties, Ltd | Chapter 7 Blanket Bond Fee 1/1/18 to 12/31/18 Bond #016026389 | 2300-000 | | 1,268.47 | 163,423.07 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,397.44 | 162,025.63 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,177.64 | 160,847.99 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,260.06 | 159,587.93 |
| 04/23/18 | | To Account #******1767 | Transfer sale proceeds to lender collateral account | 9999-000 | 5,769,865.51 | | 5,929,453.44 |
| 04/24/18 | | BMO Harris Bank, N.A. | Wire - New Source Energy Partners - Paydown of secured debt | 4210-000 | | 5,700,000.00 | 229,453.44 |
| 04/26/18 | 113 | Depository Trust Company | PXY Manual Order - Inv #00200/18000285 | 2990-000 | | 120.00 | 229,333.44 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,555.37 | 227,778.07 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,975.05 | 224,803.02 |
| 06/21/18 | {7} | FTI CONSULTING INC | FTI CONSULTING INC - Balance of Retainer | 1129-000 | 49,066.56 | | 273,869.58 |
| 06/26/18 | {4} | BancFirst | Balance of CD / Cashed Out / CD ******2044 | 1129-000 | 25,247.61 | | 299,117.19 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,631.39 | 296,485.80 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,990.15 | 293,495.65 |
| 08/02/18 | {6} | Oklahoma IOLTA Trust Acct | Refund of Unused Retainer / Client #5153.04 | 1129-000 | 4,801.77 | | 298,297.42 |
| 08/21/18 | | Global Surety LLC | Refund of Unused Bond #016214094 / Paid on 12/8/17 - Ck #111 | 2300-000 | | -5,035.00 | 303,332.42 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,900.88 | 300,431.54 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,354.56 | 299,076.98 |
| 10/09/18 | {19} | MCE Acquisition LLC | Preference Settlement Payment - resolves Adv. Pro. 18-50318 | 1249-000 | 25,000.00 | | 324,076.98 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,600.35 | 322,476.63 |
| 12/13/18 | {19} | Opportune LLP | Preference Payment / Opportune LLP / Adv No 18-50319 | 1249-000 | 175,000.00 | | 497,476.63 |
| 06/04/19 | {19} | Oil States Energy Partners - Erick | Erick Flowback Services - | 1249-000 | 25,000.00 | | 522,476.63 |
| | | | **Page Subtotals:** | | **$6,073,981.45** | **$5,716,196.36** | |

# Form 2

Exhibit B
Page: 6

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1767 Lender Collateral Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Flowback Services | Preference settlement payment - Adv. Pro. 18-50317 | | | | |
| 06/10/19 | | BMO Harris Bank, N.A. | New Source Energy - Paydown of secured debt - Authorized by UST | 4210-000 | | 505,000.00 | 17,476.63 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **10,576,052.66** | **10,558,576.03** | **$17,476.63** |
| Less: Bank Transfers/CDs | 5,829,865.51 | **822,929.51** | |
| **Subtotal** | **4,746,187.15** | **9,735,646.52** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$4,746,187.15** | **$9,735,646.52** | |

# Form 2

Exhibit B
Page: 7

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1768 Distribution Carve-Out
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/31/17 | | From Account #******1767 | Distribution Carve-Out Funds as per cash collateral order at DI 116 | 9999-000 | 220,000.00 | | 220,000.00 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **220,000.00** | **0.00** | **$220,000.00** |
| Less: Bank Transfers/CDs | 220,000.00 | **0.00** | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2

Exhibit B
Page: 8

## Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1769 Professionals Budget
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | From Account #******1767 | Remainder of Professional Fee Budget ($213,426.49 already paid) - see cash collateral order at DI 116 | 9999-000 | 402,929.51 | | 402,929.51 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,753.83 | 401,175.68 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,608.18 | 399,567.50 |
| 09/18/17 | | From Account #******1766 | Transfer reflects increased professional fee budget agreed to by lenders on 9/7/17 | 9999-000 | 414,748.50 | | 814,316.00 |
| 09/21/17 | 301 | Archer & Greiner, P.C. | Allowed Second Interim Fees ($127,242.50) and Expenses ($4011.31) - See Dkt. No. 204 | | | 131,253.81 | 683,062.19 |
| | | | Allowed Second Interim Fees - See Dkt No. 204 $127,242.50 | 3110-000 | | | 683,062.19 |
| | | | Allowed Second Interim Expenses - See Dkt. No 204 $4,011.31 | 3120-000 | | | 683,062.19 |
| 09/21/17 | 302 | Polsinelli PC | Allowed Second Interim Fees - See Dkt No. 202 | 3210-000 | | 192,257.00 | 490,805.19 |
| 09/21/17 | 303 | Giuliano Miller & Company LLC | Allowed Second Interim Fees ($197,851.50) and Expenses ($1,115.20) - See Dkt. No. 203 | | | 198,966.70 | 291,838.49 |
| | | | Allowed Second Interim Fees - See Dkt No. 203 $197,851.50 | 3410-000 | | | 291,838.49 |
| | | | Allowed Second Interim Expenses - See Dkt No. 203 $1,115.20 | 3420-000 | | | 291,838.49 |
| 09/22/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -3,362.01 | 295,200.50 |
| 04/23/18 | | To Account #******1769 | Increase Professional Budget Carve Out by Agreement | 9999-000 | 737,251.80 | | 1,032,452.30 |
| 08/29/18 | 304 | Polsinelli PC | Third Interim Fees - See Dkt No. 249 dated 8/13/18 | 3210-000 | | 76,980.50 | 955,471.80 |
| 08/29/18 | 305 | Archer & Greiner, P.C. | Third Interim Fees ($120,197.00) and Expenses ($930.90) - See Dkt. No 248 | | | 121,127.90 | 834,343.90 |
| | | | Third Interim Fees ($120,197.00) - See Dkt. No 248 $120,197.00 | 3110-000 | | | 834,343.90 |
| | | | Third Interim Expenses ($930.90) - See Dkt. No 248 $930.90 | 3120-000 | | | 834,343.90 |
| | | | | **Page Subtotals:** | **$1,554,929.81** | **$720,585.91** | |

# Form 2

Exhibit B
Page: 9

# Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1769 Professionals Budget
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/18 | 306 | Giuliano Miller & Company LLC | Allowed Third Interim Fees ($207,820.00) and Expenses ($707.36) - See Dkt. No. 262 | | | 208,527.36 | 625,816.54 |
| | | | Third Interim Fees $207,820.00 - See Dkt. No. 262 $207,820.00 | 3410-000 | | | 625,816.54 |
| | | | Third Interim Expenses $707.36 - See Dkt. No. 262 $707.36 | 3420-000 | | | 625,816.54 |
| 02/13/19 | 307 | International Sureties, Ltd | Bond #016026389 Term 01/01/19 to 01/01/20 | 2300-000 | | 496.59 | 625,319.95 |
| 05/15/19 | 308 | Archer & Greiner, P.C. | Fourth Interim Fees ($68245.50) and Expenses ($494.66) - See Dkt. No 300 | | | 68,740.16 | 556,579.79 |
| | | | Fourth Interim Fees ($68245.50) - See Dkt. No 300 $68,245.50 | 3110-000 | | | 556,579.79 |
| | | | Fourth Interim Expenses ($494.66) - See Dkt. No 300 $494.66 | 3120-000 | | | 556,579.79 |
| 05/21/19 | {20} | Oak Point Partners | Remnant Asset Sale / Dkt No. 297 | 1229-000 | 5,000.00 | | 561,579.79 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **1,559,929.81** | **998,350.02** | **$561,579.79** |
| Less: Bank Transfers/CDs | 1,554,929.81 | **0.00** | |
| **Subtotal** | **5,000.00** | **998,350.02** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$998,350.02** | |

# Form 2

Exhibit B
Page: 10

## Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******1770 Trustee Commission
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/31/17 | | From Account #******1767 | Trustee Commission Reserve Account - see cash collateral order at DI 116 | 9999-000 | 200,000.00 | | 200,000.00 |
| 04/11/18 | | To Account #******1770 | Transfer to Increase Trustee Commission Account | 9999-000 | 150,000.00 | | 350,000.00 |
| 04/23/18 | | To Account #******1770 | Increase Commission Carve-Out by Agreement | 9999-000 | 50,000.00 | | 400,000.00 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **400,000.00** | **0.00** | **$400,000.00** |
| Less: Bank Transfers/CDs | 400,000.00 | **0.00** | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2

Exhibit B
Page: 11

## Cash Receipts And Disbursements Record

**Case No.:** 16-10642-CSS
**Case Name:** New Source Energy Partners, L.P.
**Taxpayer ID #:** **-***8132
**For Period Ending:** 08/20/2019

**Trustee Name:** David Carickhoff (280150)
**Bank Name:** Rabobank, N.A.
**Account #:** ******5600 Commission Reserve
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

# Form 2

Exhibit B
Page: 12

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-10642-CSS | **Trustee Name:** | David Carickhoff (280150) |
| **Case Name:** | New Source Energy Partners, L.P. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8132 | **Account #:** | ******5600 Commission Reserve |
| **For Period Ending:** | 08/20/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $14,811,187.15 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,811,187.15 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1766 Escrow Acct - Sale Deps | $10,060,000.00 | $2,878,134.19 | $0.00 |
| ******1767 Lender Collateral Account | $4,746,187.15 | $9,735,646.52 | $17,476.63 |
| ******1768 Distribution Carve-Out | $0.00 | $0.00 | $220,000.00 |
| ******1769 Professionals Budget | $5,000.00 | $998,350.02 | $561,579.79 |
| ******1770 Trustee Commission | $0.00 | $0.00 | $400,000.00 |
| ******5600 Commission Reserve | $0.00 | $0.00 | $0.00 |
| | **$14,811,187.15** | **$13,612,130.73** | **$1,199,056.42** |

# Exhibit C

## Analysis of Claims Register

**Case: 16-10642-CSS** **NEW SOURCE ENERGY PARTNERS, L.P.**

Claims Bar Date: 12/02/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Bank of Montreal as administrative agent<br>700 Louisiana Street, Suite 2100<br>Houston, TX 77002<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>11/17/16 | | $52,883,914.45<br>$10,562,585.45 | $10,299,784.54 | $262,800.91 |
| | Pursuant to Cash Collateral Order (as amended), Bank of Montreal ("BMO") agreed to fund various chapter 7 administrative expenses and a distribution fund for general unsecured creditors of $220,000 (see Dkt. No. 116). Pursuant to amendments to the Cash Collateral Order, BMO agreed to not share in any proceeds of avoidance actions ($225,000) as long as BMO's collateral did not fund the litigation. BMO is entitled to any remaining cash collateral. | | | | | |
| ACCTEXP | Giuliano, Miller & Company, LLC,<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>06/10/19 | | $2,578.93<br>$2,578.93 | $2,176.66 | $402.27 |
| | See Final Fee Application at D.I. 307 | | | | | |
| ACCTFEE | Giuliano, Miller & Company, LLC<br>140 Bradford Drive<br>#C<br>West Berlin, NJ 08091<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>06/10/19 | | $584,973.50<br>$584,293.50 | $478,322.50 | $105,971.00 |
| | Final fee application filed as D.I. 307. Pursuant to the US Trustee's request, the firm agreed to voluntarily reduce its fees by $680. | | | | | |
| ATTEXP | Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, NJ 08330<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>06/10/19 | | $8,349.16<br>$8,349.16 | $8,111.76 | $237.40 |
| | Final fee application filed as D.I. 306. | | | | | |
| ATTFEE | Archer & Greiner, P.C.<br>One Centennial Square<br>Haddonfield, NJ 08330<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>06/10/19 | | $436,201.50<br>$436,201.50 | $416,904.00 | $19,297.50 |
| | Final fee application filed as D.I. 306. | | | | | |

# Exhibit C

## Analysis of Claims Register

**Case: 16-10642-CSS** **NEW SOURCE ENERGY PARTNERS, L.P.**

Claims Bar Date: 12/02/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| COURT | United States Bankruptcy Court for the District of Delaware, <2700-000 Clerk of the Court Fees> , 200 These relate to the filing fees of 5 adversary proceedings. | Administrative 06/10/19 | | $1,750.00 $1,750.00 | $0.00 | $1,750.00 |
| FEE | David Carickhoff 300 Delaware Ave Suite 1100 Wilmington, DE 19801 <2100-000 Trustee Compensation> , 200 | Administrative 08/12/19 | | $467,585.61 $467,585.61 | $0.00 | $467,585.61 |
| SPAFEE | PricewaterhouseCoopers LLP, <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 Final fee application filed as D.I. 305 | Administrative 06/10/19 | | $21,496.00 $21,496.00 | $0.00 | $21,496.00 |
| SPCFEE | Polsinelli PC 140 Bradford Drive #C West Berlin, NJ 08091 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 Final fee application filed as D.I. 303. | Administrative 06/10/19 | | $309,621.50 $309,621.50 | $305,765.00 | $3,856.50 |
| TE | David Carickhoff 300 Delaware Ave Suite 1100 Wilmington, DE 19801 <2200-000 Trustee Expenses> , 200 | Administrative 06/10/19 | | $8.84 $8.84 | $0.00 | $8.84 |
| 2 | Okfuskee County Treasurer P.O. Box 308 Okemah, OK 74859 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 09/07/16 | | $235.57 $235.57 | $0.00 | $235.57 |

## Exhibit C

## Analysis of Claims Register

**Case: 16-10642-CSS** **NEW SOURCE ENERGY PARTNERS, L.P.**

Claims Bar Date: 12/02/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Texas Comptroller of Public Accounts<br>P.O. Box 12548, MC-008<br>Austin, TX 78711<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>12/06/16 | | $59,008.84<br>$0.00 | $0.00 | $0.00 |
| | Withdrawn pursuant to D.I. 285. | | | | | |
| 1 | Eco7, LLC.<br>3007 NW 63rd Street, #130<br>Oklahoma City, OK 73116<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/20/16 | | $7,200.00<br>$7,200.00 | $0.00 | $7,200.00 |
| 3 | Sarelda Burdener Marshall<br>14170 West Becker Lane<br>Surprise, AZ 85379-4309<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/07/16 | | $70.00<br>$70.00 | $0.00 | $70.00 |
| 4 | The I.T. Guys Inc<br>PO Box 271104<br>Oklahoma City, OK 73137-1104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $35,444.00<br>$24,368.25 | $0.00 | $24,368.25 |
| | Reduced pursuant to Stipulation at D.I 237. | | | | | |
| 5 | 13D Research LLC<br>6115 Estate Smith Bay<br>St Thomas, VI 00802-1304<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/12/16 | | $3,812.16<br>$3,812.16 | $0.00 | $3,812.16 |
| 6 | Jeanne Clarke<br>3269 S Stafford Street<br>Arlington, VA 22206-2014<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/16 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |

## Exhibit C

## Analysis of Claims Register

**Case: 16-10642-CSS** **NEW SOURCE ENERGY PARTNERS, L.P.**

Claims Bar Date: 12/02/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | 525 South Main, Suite 1500<br>1500<br>Tulsa, OK 74103<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/16/16 | | $7,424.87<br>$7,424.87 | $0.00 | $7,424.87 |
| 8 | Department of the Treasury Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/16/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 9 | BMI Systems Corporation<br>913 North Broadway Ave<br>Oklahoma City, OK 73102<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/28/16 | | $100,478.15<br>$100,478.15 | $0.00 | $100,478.15 |
| 10 | Viavid Broadcasting Inc,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/06/16 | | $3,583.97<br>$3,583.97 | $0.00 | $3,583.97 |
| 11 | All Mineral Ventures LLC<br>8307 S. Indianapolis Pl.<br>Tulsa, OK 74137<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/11/16 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| 12 | Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/20/16 | | $10,483.34<br>$10,483.34 | $0.00 | $10,483.34 |
| 13 | Theway Corp.<br>PO Box 470926<br>Tulsa, OK 74147-0926<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/24/16 | | $12,239.83<br>$12,239.83 | $0.00 | $12,239.83 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-10642-CSS** **NEW SOURCE ENERGY PARTNERS, L.P.**

Claims Bar Date: 12/02/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Vinson & Elkins Rebecca L. Petereit<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/15/16 | | $678,803.34<br>$678,803.34 | $0.00 | $678,803.34 |
| 16 | Scintilla LLC<br>1307 S Boulder<br>Tulsa, OK 74119<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Withdrawn pursuant to D.I. 236 and as per Court approved settlement (D.I. 231) | Unsecured<br>11/22/16 | | $332,123.20<br>$0.00 | $0.00 | $0.00 |
| 17 | New Source Energy Corporation<br>1307 S boulder<br>Tulsa, OK 74119<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Withdrawn pursuant to D.I. 236 and as per Court approved settlement (D.I. 231) | Unsecured<br>11/22/16 | | $9,271,338.76<br>$0.00 | $0.00 | $0.00 |
| 18 | David J Chernicky Trust<br>1307 S Boulder Ave Suite 400<br>Tulsa, OK 74119-3220<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Withdrawn pursuant to D.I. 236 and as per Court approved settlement (D.I. 231) | Unsecured<br>11/22/16 | | $26,750.00<br>$0.00 | $0.00 | $0.00 |
| 19 | Quorum Business Solutions, Inc. Hogan Lovells US LLP Attn: Lynn Holbert, Esq.<br>875 Third Avenue<br>New York, NY 10022<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Reduced pursuant to Stipulation at D.I. 284 | Unsecured<br>11/28/16 | | $141,166.58<br>$30,000.00 | $0.00 | $30,000.00 |
| 20 | McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP<br>15 E, Fifth Street, Suite 1400<br>Tulsa, OK 74103<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/29/16 | | $3,201.25<br>$3,201.25 | $0.00 | $3,201.25 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-10642-CSS** **NEW SOURCE ENERGY PARTNERS, L.P.**

Claims Bar Date: 12/02/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | Danny Pickelsimer c/o Travis Brown, Esq.<br>300 N.E. 1st Street<br>Oklahoma City, OK 73104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/02/16 | | $1,408,212.00<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn as per settlement. See D.I. 298 | | | | | |
| 23 | CEU Paradigm, LLC Attn: David Grevelle<br>1221 Lamar Street, Suite 750<br>Houston, TX 77010<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/24/17 | | $100,387.68<br>$100,387.68 | $0.00 | $100,387.68 |
| | Allowed as timely filed pursuant to agreement with Trustee and CEU. | | | | | |
| 24 | Oil States Energy Services, LLC Diamond McCarthy, LLP Attn: Charles M. Rubio<br>909 Fannin, Suite 3700<br>Houston, TX 77010<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/24/19 | | $25,000.00<br>$25,000.00 | $0.00 | $25,000.00 |
| | This is a 502(h) claim and allowed as timely filed pursuant to agreement with Trustee and claimant. See D.I. 299. | | | | | |
| | | | | **Case Total:** | **$11,511,064.46** | **$1,892,694.44** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-10642-CSS
Case Name: NEW SOURCE ENERGY PARTNERS, L.P.
Trustee Name: David Carickhoff

**Balance on hand:** $ 1,199,056.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | Bank of Montreal as administrative agent | 52,883,914.45 | 10,562,585.45 | 10,299,784.54 | 262,800.91 |

Total to be paid to secured creditors: $ 262,800.91
Remaining balance: $ 936,255.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David Carickhoff | 467,585.61 | 0.00 | 467,585.61 |
| Trustee, Expenses - David Carickhoff | 8.84 | 0.00 | 8.84 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 436,201.50 | 416,904.00 | 19,297.50 |
| Charges, U.S. Bankruptcy Court | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 8,349.16 | 8,111.76 | 237.40 |
| Attorney for Trustee Fees (Other Firm) - Polsinelli PC | 309,621.50 | 305,765.00 | 3,856.50 |
| Accountant for Trustee Fees (Other Firm) - Giuliano, Miller & Company, LLC | 584,293.50 | 478,322.50 | 105,971.00 |
| Accountant for Trustee Fees (Other Firm) - PricewaterhouseCoopers LLP | 21,496.00 | 0.00 | 21,496.00 |
| Accountant for Trustee Expenses (Other Firm) - Giuliano, Miller & Company, LLC | 2,578.93 | 2,176.66 | 402.27 |

Total to be paid for chapter 7 administrative expenses: $ 620,605.12
Remaining balance: $ 315,650.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 315,650.39 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $235.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Okfuskee County Treasurer | 235.57 | 0.00 | 235.57 |
| 22 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 235.57 |
| Remaining balance: | $ | 315,414.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,009,052.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Eco7, LLC. | 7,200.00 | 0.00 | 2,250.61 |
| 3 | Sarelda Burdener Marshall | 70.00 | 0.00 | 21.88 |
| 4 | The I.T. Guys Inc | 24,368.25 | 0.00 | 7,617.15 |
| 5 | 13D Research LLC | 3,812.16 | 0.00 | 1,191.62 |
| 6 | Jeanne Clarke | 1,000.00 | 0.00 | 312.59 |
| 7 | 525 South Main, Suite 1500 | 7,424.87 | 0.00 | 2,320.90 |
| 8 | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 9 | BMI Systems Corporation | 100,478.15 | 0.00 | 31,407.97 |
| 10 | Viavid Broadcasting Inc | 3,583.97 | 0.00 | 1,120.30 |
| 11 | All Mineral Ventures LLC | 1,000.00 | 0.00 | 312.59 |
| 12 | Richards Layton & Finger | 10,483.34 | 0.00 | 3,276.94 |
| 13 | Theway Corp. | 12,239.83 | 0.00 | 3,825.99 |
| 14 | Vinson & Elkins Rebecca L. Petereit | 678,803.34 | 0.00 | 212,183.77 |
| 16 | Scintilla LLC | 0.00 | 0.00 | 0.00 |
| 17 | New Source Energy Corporation | 0.00 | 0.00 | 0.00 |
| 18 | David J Chernicky Trust | 0.00 | 0.00 | 0.00 |
| 19 | Quorum Business Solutions, Inc. Hogan Lovells US LLP Attn: Lynn Holbert, Esq. | 30,000.00 | 0.00 | 9,377.55 |
| 20 | McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP | 3,201.25 | 0.00 | 1,000.66 |
| 21 | Danny Pickelsimer c/o Travis Brown, Esq. | 0.00 | 0.00 | 0.00 |
| 23 | CEU Paradigm, LLC Attn: David Grevelle | 100,387.68 | 0.00 | 31,379.68 |
| 24 | Oil States Energy Services, LLC Diamond McCarthy, LLP Attn: Charles M. Rubio | 25,000.00 | 0.00 | 7,814.62 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 315,414.82 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00