**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: New Source Energy Partners, L.P.   §   Case No. 16-10642-CSS
  §
  §
  §
Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David Carickhoff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $4,882,298.64 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $10,878,235.84 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $3,932,951.31 | |

3) Total gross receipts of $14,811,187.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,811,187.15 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $52,883,914.45 | $10,562,585.45 | $10,562,585.45 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,933,631.31 | $3,932,951.31 | $3,932,951.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $59,244.41 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $12,169,719.13 | $1,009,052.84 | $315,650.39 |
| **TOTAL DISBURSEMENTS** | $0.00 | $69,046,509.30 | $15,504,589.60 | $14,811,187.15 |

4) This case was originally filed under chapter 7 on 03/15/2016. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2020

By: /s/ David W. Carickhoff

Trustee , Bar No.: 3715

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Well Operating Revenue | 1223-000 | $3,735,804.48 |
| Avoidance Actions | 1249-000 | $225,000.00 |
| BMO Harris Bank - Balance of Closed Acct 0184 | 1129-000 | $76,095.49 |
| Unscheduled Royalty | 1221-000 | $0.00 |
| Non Public Stock / Business Interest | 1129-000 | $600,000.00 |
| Return of Funds sent in error | 1280-002 | -$165,317.34 |
| Interests in Real Property - Working Interests | 1110-000 | $10,000,000.00 |
| Prepaid Legal Fees | 1129-000 | $71,028.28 |
| Deposit - Oklahoma Corp Commission | 1129-000 | $25,247.61 |
| Remnant Asset Sale | 1229-000 | $5,000.00 |
| BancFirst - Balance of Closed Accts | 1129-000 | $23,781.81 |
| Prepaid Financial Advisor | 1129-000 | $49,066.56 |
| Tax Refunds - Unscheduled | 1224-000 | $162.92 |
| Funds sent in error by New Dominion - not estate property | 1280-002 | $165,317.34 |
| **TOTAL GROSS RECEIPTS** | | **$14,811,187.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Bank of Montreal as administrative agent | 4210-000 | NA | $52,883,914.45 | $10,562,585.45 | $10,562,585.45 |
| | **TOTAL SECURED** | | **$0.00** | **$52,883,914.45** | **$10,562,585.45** | **$10,562,585.45** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David Carickhoff | 2100-000 | NA | $467,585.61 | $467,585.61 | $467,585.61 |
| Trustee, Expenses - David Carickhoff | 2200-000 | NA | $8.84 | $8.84 | $8.84 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 3110-000 | NA | $436,201.50 | $436,201.50 | $436,201.50 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 3120-000 | NA | $8,349.16 | $8,349.16 | $8,349.16 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Bond Payments - BOND | 2300-000 | NA | $1,765.06 | $1,765.06 | $1,765.06 |
| Bond Payments - Global Surety LLC | 2300-000 | NA | -$5,035.00 | -$5,035.00 | -$5,035.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $21,800.13 | $21,800.13 | $21,800.13 |
| Costs to Secure/Maintain Property - Arthur J. Gallagher Risk Management Services, Inc. | 2420-000 | NA | $45,356.00 | $45,356.00 | $45,356.00 |
| Costs to Secure/Maintain Property - CEU Paradigm LLC | 2420-000 | NA | $128,620.94 | $128,620.94 | $128,620.94 |
| Costs to Secure/Maintain Property - Enerfin Resources I LP | 2420-000 | NA | $174,228.35 | $174,228.35 | $174,228.35 |
| Costs to Secure/Maintain Property - Federal Express | 2420-000 | NA | $549.58 | $549.58 | $549.58 |
| Costs to Secure/Maintain Property - MIDCON Data Services, LLC | 2420-000 | NA | $1,129.45 | $1,129.45 | $1,129.45 |
| Costs to Secure/Maintain Property - New Dominion LLC | 2420-000 | NA | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 |
| Costs re Sale of Property - H&P Investments | 2500-000 | NA | $675,000.00 | $675,000.00 | $675,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $55,132.95 | $55,132.95 | $55,132.95 |
| Other Chapter 7 Administrative Expenses - Depository Trust Company | 2990-000 | NA | $120.00 | $120.00 | $120.00 |
| Other Chapter 7 Administrative Expenses - I.T. Guys | 2990-000 | NA | $2,265.05 | $2,265.05 | $2,265.05 |
| Other Chapter 7 Administrative Expenses - SWK Technologies, Inc. | 2990-000 | NA | $133.76 | $133.76 | $133.76 |
| Attorney for Trustee Fees (Other Firm) - Polsinelli PC | 3210-000 | NA | $309,621.50 | $309,621.50 | $309,621.50 |
| Accountant for Trustee Fees (Other Firm) - Giuliano, Miller & Company, LLC | 3410-000 | NA | $584,973.50 | $584,293.50 | $584,293.50 |

| | 3410-000 | NA | $21,496.00 | $21,496.00 | $21,496.00 |
|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) - PricewaterhouseCoopers LLP | 3410-000 | NA | $21,496.00 | $21,496.00 | $21,496.00 |
| Accountant for Trustee Expenses (Other Firm) - Giuliano, Miller & Company, LLC | 3420-000 | NA | $2,578.93 | $2,578.93 | $2,578.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,933,631.31** | **$3,932,951.31** | **$3,932,951.31** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Okfuskee County Treasurer | 5800-000 | NA | $235.57 | $0.00 | $0.00 |
| 22 | Texas Comptroller of Public Accounts | 5800-000 | NA | $59,008.84 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$59,244.41** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Eco7, LLC. | 7100-000 | NA | $7,200.00 | $7,200.00 | $2,250.61 |
| 1 | Clerk, US Bankruptcy Court - Eco7, LLC. | 7100-001 | NA | NA | NA | $1.69 |
| 3 | Sarelda Burdener Marshall | 7100-000 | NA | $70.00 | $70.00 | $21.88 |
| 3 | Clerk, US Bankruptcy Court - Sarelda Burdener Marshall | 7100-001 | NA | NA | NA | $0.02 |
| 4 | The I.T. Guys Inc | 7100-000 | NA | $35,444.00 | $24,368.25 | $7,622.84 |
| 5 | 13D Research LLC | 7100-000 | NA | $3,812.16 | $3,812.16 | $1,192.51 |
| 6 | Jeanne Clarke | 7100-000 | NA | $1,000.00 | $1,000.00 | $312.59 |
| 6 | Clerk, US Bankruptcy Court - Jeanne Clarke | 7100-001 | NA | NA | NA | $0.23 |
| 7 | Atkinson Haskins et. al. | 7100-000 | NA | $7,424.87 | $7,424.87 | $2,320.90 |
| 7 | Clerk, US Bankruptcy Court - Atkinson Haskins et. al. | 7100-001 | NA | NA | NA | $1.74 |
| 8 | Department of the Treasury Internal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 9 | BMI Systems Corporation | 7100-000 | NA | $100,478.15 | $100,478.15 | $31,431.42 |
| 10 | Viavid Broadcasting Inc | 7100-000 | NA | $3,583.97 | $3,583.97 | $1,120.30 |
| 10 | Clerk, US Bankruptcy Court - Viavid Broadcasting Inc | 7100-001 | NA | NA | NA | $0.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | All Mineral Ventures LLC | 7100-000 | NA | $1,000.00 | $1,000.00 | $312.59 |
| 11 | Clerk, US Bankruptcy Court - All Mineral Ventures LLC | 7100-001 | NA | NA | NA | $0.23 |
| 12 | Richards Layton & Finger | 7100-000 | NA | $10,483.34 | $10,483.34 | $3,276.94 |
| 12 | Clerk, US Bankruptcy Court - Richards Layton & Finger | 7100-001 | NA | NA | NA | $2.44 |
| 13 | Theway Corp. | 7100-000 | NA | $12,239.83 | $12,239.83 | $3,825.99 |
| 13 | Clerk, US Bankruptcy Court - Theway Corp. | 7100-001 | NA | NA | NA | $2.86 |
| 14 | Vinson & Elkins Rebecca L. Petereit | 7100-000 | NA | $678,803.34 | $678,803.34 | $212,342.24 |
| 16 | Scintilla LLC | 7100-000 | NA | $332,123.20 | $0.00 | $0.00 |
| 17 | New Source Energy Corporation | 7100-000 | NA | $9,271,338.76 | $0.00 | $0.00 |
| 18 | David J Chernicky Trust | 7100-000 | NA | $26,750.00 | $0.00 | $0.00 |
| 19 | Quorum Business Solutions, Inc. Hogan Lovells US LLP Attn: Lynn Holbert, Esq. | 7100-000 | NA | $141,166.58 | $30,000.00 | $9,384.55 |
| 20 | McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP | 7100-000 | NA | $3,201.25 | $3,201.25 | $1,000.66 |
| 20 | Clerk, US Bankruptcy Court - McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP | 7100-001 | NA | NA | NA | $0.75 |
| 21 | Danny Pickelsimer c/o Travis Brown, Esq. | 7100-000 | NA | $1,408,212.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | CEU Paradigm, LLC<br>Attn: David Grevelle | 7100-000 | NA | $100,387.68 | $100,387.68 | $31,379.68 |
| 23 | Clerk, US Bankruptcy<br>Court -<br>CEU Paradigm, LLC<br>Attn: David Grevelle | 7100-001 | NA | NA | NA | $23.44 |
| 24 | Oil States Energy<br>Services, LLC<br>Diamond McCarthy,<br>LLP Attn: Charles M.<br>Rubio | 7100-000 | NA | $25,000.00 | $25,000.00 | $7,820.46 |
| | **TOTAL GENERAL<br>UNSECURED CLAIMS** | | **$0.00** | **$12,169,719.13** | **$1,009,052.84** | **$315,650.39** |

Exhibit 8

Page: 1

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 16-10642-CSS

**Case Name:** New Source Energy Partners, L.P.

**For Period Ending:** 12/29/2020

**Trustee Name:** (280150) David Carickhoff

**Date Filed (f) or Converted (c):** 03/15/2016 (f)

**§ 341(a) Meeting Date:** 04/11/2016

**Claims Bar Date:** 12/02/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Unscheduled Royalty (u) | Unknown | 0.00 | | 0.00 | FA |
| 2 | BancFirst - Balance of Closed Accts | 34,871.71 | 0.00 | | 23,781.81 | FA |
| 3 | BMO Harris Bank - Balance of Closed Acct 0184 | 77,080.27 | 0.00 | | 76,095.49 | FA |
| 4 | Deposit - Oklahoma Corp Commission | 25,000.00 | 25,000.00 | | 25,247.61 | FA |
| 5* | Prepaid Insurance (See Footnote) | 115,831.99 | 115,831.99 | | 0.00 | FA |
| 6 | Prepaid Legal Fees | 82,000.00 | 82,000.00 | | 71,028.28 | FA |
| 7* | Prepaid Financial Advisor (See Footnote) | 50,000.00 | 50,000.00 | | 49,066.56 | FA |
| 8* | A/R - 90 days or less (See Footnote) | 84,662.42 | 84,662.42 | | 0.00 | FA |
| 9* | A/R - 90 days or more (See Footnote) | 3,889,046.27 | 3,889,046.27 | | 0.00 | FA |
| 10* | Non Public Stock / Business Interest (See Footnote) | Unknown | 0.00 | | 600,000.00 | FA |
| 11* | Office Furniture (See Footnote) | 21,787.71 | 21,787.71 | OA | 0.00 | FA |
| 12* | Equipment / Software (See Footnote) | 752,124.25 | 752,124.25 | OA | 0.00 | FA |
| 13 | Domain Name | Unknown | 0.00 | | 0.00 | FA |
| 14* | Interest in Insurance Policies / Annuities (See Footnote) | 18,846.00 | 18,846.00 | | 0.00 | FA |
| 15* | Third Party Actions (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Well Operating Revenue (u) | Unknown | Unknown | | 3,735,804.48 | FA |
| 17* | Interests in Real Property - Working Interests (See Footnote) | Unknown | 10,000.00 | | 10,000,000.00 | FA |
| 18 | Tax Refunds - Unscheduled (u) | Unknown | 200.00 | | 162.92 | FA |
| 19 | Avoidance Actions (u) | Unknown | 225,000.00 | | 225,000.00 | FA |
| 20* | Remnant Asset Sale (u) (See Footnote) | Unknown | 0.00 | | 5,000.00 | FA |
| 20 | **Assets Totals (Excluding unknown values)** | **$5,151,250.62** | **$5,274,498.64** | | **$14,811,187.15** | **$0.00** |

RE PROP# 5     Insurance was maintained to cover potential issues with the wells.

RE PROP# 7     Debtor's financial advisor - Opportune - used all retainer amounts prior to bankruptcy. The lender's financial advisor - FTI - did not use all of its retainer.

RE PROP# 8     Debtor indicated these are amounts believed to be owed by New Dominion for oil and gas revenues. All claims against New Dominion were settled.

RE PROP# 9     Debtor indicated these are amounts believed to be owed by New Dominion for oil and gas revenues. All claims against New Dominion were settled.

RE PROP# 10     Mid Central Energy Services LLC was not part of sale transaction approved at DI 82. Trustee does not believe this remaining entity has any value.

RE PROP# 11     Abandoned. See Dkt. No. 47

Exhibit 8

Page: 2

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**  16-10642-CSS

**Case Name:**  New Source Energy Partners, L.P.

**Trustee Name:**  (280150) David Carickhoff

**Date Filed (f) or Converted (c):**  03/15/2016 (f)

**§ 341(a) Meeting Date:**  04/11/2016

**For Period Ending:**  12/29/2020

**Claims Bar Date:**  12/02/2016

| | |
|---|---|
| RE PROP# 12 | Abandoned.  See Dkt. No. 47 |
| RE PROP# 14 | Insurance was maintained on wells post-petition until sale closing. |
| RE PROP# 15 | All claims against New Dominion were settled as part of global resolution.  See Dkt. No. 231. |
| RE PROP# 17 | Working interests in wells sold to HP Acquisition for $10m ($5m for leasehold interests and $5m for tangible assets).  See Dkt. No. 179.  The Southern Dome wells and the stray wells were a negative asset.  The estate paid total consideration of $1.675m to have them assumed and assigned by New Dominion (the $1.675m includes $1m paid directly to New Dominion and $675k paid to H&P under the settlement approved at Dkt. No. 231). |
| RE PROP# 20 | Docket No. 297 |

**Major Activities Affecting Case Closing:**

1-21-19.  Reconcile claims.  Prosecute avoidance actions.  Address tax preparation issues.
4/30/19  Resolve open issues with secured lenders.

**Initial Projected Date Of Final Report (TFR):**  03/15/2019

**Current Projected Date Of Final Report (TFR):**  06/10/2019 (Actual)

| 12/29/2020 | /s/David Carickhoff |
|---|---|
| Date | David Carickhoff |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 16-10642-CSS | |
| **Case Name:** | New Source Energy Partners, L.P. | |
| **Taxpayer ID #:** | **-***8132 | |
| **For Period Ending:** | 12/29/2020 | |

| | |
|---|---|
| **Trustee Name:** | David Carickhoff (280150) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1766 Escrow Acct - Sale Deps |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/16 | {10} | TORUS ENERGY SERVICES LLC | Escrow for purchase of certain assets - sale approved - see Docket 82 | 1129-000 | 60,000.00 | | 60,000.00 |
| 05/17/16 | {1} | Scissor Tail Energy LLC | Wellhead Payment / Royal Wulff - $89.25  Zug Bug - $65.59 | 1221-000 | 154.84 | | 60,154.84 |
| 05/17/16 | {1} | Scissor Tail Energy LLC | Reversed Deposit 100001 1 Wellhead Payment / Royal Wulff - $89.25  Zug Bug - $65.59 | 1221-000 | -154.84 | | 60,000.00 |
| 07/19/16 | | To Account #******1767 | Purchase Price for sale of non-debtor equity | 9999-000 | | 60,000.00 | 0.00 |
| 04/10/17 | {17} | H&P Investments LLC | Escrow Deposit for Purchase of Debtor's Assets | 1110-000 | 1,000,000.00 | | 1,000,000.00 |
| 07/20/17 | {17} | H&P Investments LLC | Balance of purchase price for oil and gas interests | 1110-000 | 9,000,000.00 | | 10,000,000.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,004.74 | 9,997,995.26 |
| 09/18/17 | | To Account #******1769 | Transfer reflects increased professional fee budget agreed to by lenders on 9/7/17 | 9999-000 | | 414,748.50 | 9,583,246.76 |
| 09/22/17 | | BMO Harris Bank, N.A. | Wire - Payment of secured claim - See Dkt No. 116 | 4210-000 | | 1,200,000.00 | 8,383,246.76 |
| 10/11/17 | 101 | MIDCON Data Services, LLC | Storage of Documents  /  Acct No. 4795 Payment of Invoices 7/1/2016 thru 10/1/2017 | 2420-000 | | 1,129.45 | 8,382,117.31 |
| 04/11/18 | | To Account #******1770 | Transfer to Increase Trustee Commission Account | 9999-000 | | 150,000.00 | 8,232,117.31 |
| 04/23/18 | | To Account #******1770 | Increase Commission Carve-Out by Agreement | 9999-000 | | 50,000.00 | 8,182,117.31 |
| 04/23/18 | | To Account #******1769 | Increase Professional Budget Carve Out by Agreement | 9999-000 | | 737,251.80 | 7,444,865.51 |
| 04/23/18 | | To Account #******1767 | Transfer sale proceeds to lender collateral account | 9999-000 | | 5,769,865.51 | 1,675,000.00 |
| 04/24/18 | | H&P Investments | Wire - H&P Investments / Payment re Settlement -  Dkt 231 | 2500-000 | | 675,000.00 | 1,000,000.00 |
| 04/24/18 | | New Dominion LLC | Wire -Cure Payment under Settlement Agreement - See Dkt. 231 | 2420-000 | | 1,000,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 10,060,000.00 | 10,060,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 7,181,865.81 | |
| **Subtotal** | 10,060,000.00 | 2,878,134.19 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $10,060,000.00 | $2,878,134.19 | |

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-10642-CSS | | **Trustee Name:** | David Carickhoff (280150) | | |
| **Case Name:** | New Source Energy Partners, L.P. | | **Bank Name:** | Mechanics Bank | | |
| **Taxpayer ID #:** | **-***8132 | | **Account #:** | ******1767 Lender Collateral Account | | |
| **For Period Ending:** | 12/29/2020 | | **Blanket Bond (per case limit):** | $5,000,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/17/16 | {16} | Scissor Tail Energy LLC | Royal Wulff - $89.25~Zug Bug - $65.59~ | 1223-000 | 154.84 | | 154.84 |
| 05/24/16 | {2} | New Source Energy GP, LLC | Funds transfer from Case 16-10643 - Deposited into incorrect account | 1129-000 | 23,781.81 | | 23,936.65 |
| 05/25/16 | {3} | BMO Harris Bank | Balance of Bank Account XXXX0184 - Closed | 1129-000 | 76,095.49 | | 100,032.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.53 | 99,968.61 |
| 06/10/16 | {6} | Morris James Arsht & Tunnell LLP | Refund of Retainer - MNAT Client No. 78499 | 1129-000 | 56,224.00 | | 156,192.61 |
| 06/22/16 | {6} | Morris Nichols Arsht & Tunnell LLP | Balance of Retainer | 1129-000 | 10,002.51 | | 166,195.12 |
| 06/30/16 | {16} | New Dominion LLC UMB BK NA | Revenue from ownership interests in wells - May revenue | 1223-000 | 132,356.65 | | 298,551.77 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.46 | 298,250.31 |
| 07/12/16 | {10} | MCE Acquisition LLC | Purchase price for equity of non-debtor subsidies - sale approved see Docket 82 | 1129-000 | 540,000.00 | | 838,250.31 |
| 07/19/16 | | From Account #******1766 | Purchase Price for sale of non-debtor equity | 9999-000 | 60,000.00 | | 898,250.31 |
| 07/28/16 | 101 | I.T. Guys | Inv. 11546 - Data Retrieval from Debtor servers | 2990-000 | | 2,265.05 | 895,985.26 |
| 07/29/16 | {16} | New Dominion LLC / UMB Bk NA | Revenue from ownership interests in wells - June revenue | 1223-000 | 373,023.55 | | 1,269,008.81 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 935.68 | 1,268,073.13 |
| 08/10/16 | 102 | Arthur J. Gallagher Risk Management Services, Inc. | Insurance for Non-Operator of Wells - Inv. 1858355 | 2420-000 | | 45,356.00 | 1,222,717.13 |
| 08/31/16 | {16} | New Dominion LLC | Revenue from ownership interests in wells - July revenue | 1223-000 | 431,277.82 | | 1,653,994.95 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,971.03 | 1,652,023.92 |
| 09/12/16 | 103 | Giuliano, Miller & Company, LLC | Accountant/FA fees and expenses approved | | | 73,005.10 | 1,579,018.82 |
| | | Giuliano, Miller & Company, LLC | Accountant/Financial Advisor Fees approved at Dkt. No. 111 $72,651.00 | 3410-000 | | | |
| | | Giuliano, Miller & Company, LLC | Accountant Expenses approved at Dkt. No. 111 $354.10 | 3420-000 | | | |
| 09/12/16 | 104 | Archer & Greiner, P.C. | Attorney Fees and Expenses Approved | | | 103,893.89 | 1,475,124.93 |
| | | Archer & Greiner, P.C. | Attorney fees approved at Dkt No. 110 $101,219.00 | 3110-000 | | | |
| | | Archer & Greiner, P.C. | Attorney Expenses approved at Dkt. No. 110 $2,674.89 | 3120-000 | | | |
| 09/12/16 | 105 | Polsinelli PC | Attorney fees approved at Dkt. No. 107 | 3210-000 | | 36,527.50 | 1,438,597.43 |

**Page Subtotals:** $1,702,916.67     $264,319.24

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-10642-CSS | | **Trustee Name:** | David Carickhoff (280150) | | |
| **Case Name:** | New Source Energy Partners, L.P. | | **Bank Name:** | Mechanics Bank | | |
| **Taxpayer ID #:** | **-***8132 | | **Account #:** | ******1767 Lender Collateral Account | | |
| **For Period Ending:** | 12/29/2020 | | **Blanket Bond (per case limit):** | $5,000,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/16 | {16} | New Dominion LLC | Revenue from ownership of wells - August revenue | 1223-000 | 411,543.86 | | 1,850,141.29 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,221.60 | 1,847,919.69 |
| 10/31/16 | {16} | New Dominion LLC | Revenue from ownership interest in wells - September revenue | 1223-000 | 452,006.88 | | 2,299,926.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,562.34 | 2,297,364.23 |
| 11/07/16 | {16} | Scissor Tail Energy, LLC | Revenue from wells~Description *********1224  Voucher 12621003 9/27/16 | 1223-000 | 6,897.99 | | 2,304,262.22 |
| 11/15/16 | | BMO Harris Bank N.A. | Payment in connection with secured claim - See Dkt. No. 116 - wire authorized by US Trustee | 4210-000 | | 1,497,000.00 | 807,262.22 |
| 11/30/16 | {16} | New Dominion LLC | Revenue from ownership interests in wells - October revenue | 1223-000 | 419,459.03 | | 1,226,721.25 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,190.11 | 1,224,531.14 |
| 12/30/16 | {16} | New Dominion LLC | Revenue from ownership interest in the wells - November revenue | 1223-000 | 569,544.11 | | 1,794,075.25 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,756.49 | 1,792,318.76 |
| 01/11/17 | 106 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2017 FOR CASE #16-10642, Bond #016026389  1/1/17 - 12/31/17 | 2300-000 | | 465.13 | 1,791,853.63 |
| 01/31/17 | {16} | New Dominion LLC | Revenue from ownership interest in wells for December 2016 | 1223-000 | 90,180.02 | | 1,882,033.65 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,749.09 | 1,879,284.56 |
| 02/21/17 | 107 | CEU Paradigm LLC | Post-petition expenses for Eight East - Inv. # 1-29, 139-166, 272-300, 409-437,671, 674-699 | 2420-000 | | 128,620.94 | 1,750,663.62 |
| 02/21/17 | 108 | SWK Technologies, Inc. | Inv. 119773 - Create email accounts for use in sales and marketing process | 2990-000 | | 133.76 | 1,750,529.86 |
| 02/28/17 | {16} | New Dominion LLC | Revenue from ownership interest in wells for January 2017 | 1223-000 | 474,746.71 | | 2,225,276.57 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,492.03 | 2,222,784.54 |
| 03/09/17 | | BMO Harris Bank N.A. | Wire - Payment of Secured Claim - See Dkt No. 116 | 4210-000 | | 1,397,784.54 | 825,000.00 |
| 03/31/17 | {16} | New Dominion LLC Valley Ntl Tulsa | Revenue from Ownership interest in wells | 1223-000 | 374,613.02 | | 1,199,613.02 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,733.21 | 1,197,879.81 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,300.35 | 1,195,579.46 |
| 05/31/17 | | To Account #******1768 | Distribution Carve-Out Funds as per cash collateral order at DI 116 | 9999-000 | | 220,000.00 | 975,579.46 |
| 05/31/17 | | To Account #******1769 | Remainder of Professional Fee Budget ($213,426.49 already paid) - see cash collateral order at DI 116 | 9999-000 | | 402,929.51 | 572,649.95 |

**Page Subtotals:**   $2,798,991.62   $3,664,939.10

# Cash Receipts And Disbursements Record

| Case No.: | 16-10642-CSS | Trustee Name: | David Carickhoff (280150) |
|---|---|---|---|
| Case Name: | New Source Energy Partners, L.P. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8132 | Account #: | ******1767 Lender Collateral Account |
| For Period Ending: | 12/29/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | To Account #******1770 | Trustee Commission Reserve Account - see cash collateral order at DI 116 | 9999-000 | | 200,000.00 | 372,649.95 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,164.38 | 369,485.57 |
| 07/19/17 | 109 | Enerfin Resources I LP | Expenses for Eight East - October 2016 - May 2017 | 2420-000 | | 174,228.35 | 195,257.22 |
| 09/22/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 1,608.18 | 193,649.04 |
| 09/22/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 1,753.83 | 191,895.21 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,498.19 | 190,397.02 |
| 10/26/17 | | New Dominion LLC | Funds sent in error by New Dominion - not estate property | 1280-002 | 165,317.34 | | 355,714.36 |
| 10/31/17 | | New Dominion, LLC | Return of funds sent in error - wire authorized by UST | 1280-002 | -165,317.34 | | 190,397.02 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,429.03 | 188,967.99 |
| 11/06/17 | 110 | Federal Express | Inv #5-977-70979 / Shipping for 29 boxes of corp docs from Debtor's HQ to Trustee's office | 2420-000 | | 549.58 | 188,418.41 |
| 11/29/17 | {18} | State of Oklahoma | Tax Refund - Unemployment Insurance | 1224-000 | 162.92 | | 188,581.33 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,299.98 | 187,281.35 |
| 12/28/17 | 111 | International Sureties, Ltd. | Bond Premium / Bond #016214094 / Case #16-10642 / Term 7/20/17 to 7/20/18 | 2300-000 | | 21,335.00 | 165,946.35 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,254.81 | 164,691.54 |
| 01/10/18 | 112 | International Sureties, Ltd | Chapter 7 Blanket Bond Fee 1/1/18 to 12/31/18  Bond #016026389 | 2300-000 | | 1,268.47 | 163,423.07 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,397.44 | 162,025.63 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,177.64 | 160,847.99 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,260.06 | 159,587.93 |
| 04/23/18 | | To Account #******1767 | Transfer sale proceeds to lender collateral account | 9999-000 | 5,769,865.51 | | 5,929,453.44 |
| 04/24/18 | | BMO Harris Bank, N.A. | Wire - New Source Energy Partners - Paydown of secured debt | 4210-000 | | 5,700,000.00 | 229,453.44 |
| 04/26/18 | 113 | Depository Trust Company | PXY Manual Order - Inv #00200/18000285 | 2990-000 | | 120.00 | 229,333.44 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,555.37 | 227,778.07 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,975.05 | 224,803.02 |
| 06/21/18 | {7} | FTI CONSULTING INC | FTI CONSULTING INC - Balance of Retainer | 1129-000 | 49,066.56 | | 273,869.58 |
| 06/26/18 | {4} | BancFirst | Balance of CD / Cashed Out / CD ******2044 | 1129-000 | 25,247.61 | | 299,117.19 |

Page Subtotals: $5,844,342.60   $6,117,875.36

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-10642-CSS | |
| **Case Name:** | New Source Energy Partners, L.P. | |
| **Taxpayer ID #:** | **-***8132 | |
| **For Period Ending:** | 12/29/2020 | |

| | |
|---|---|
| **Trustee Name:** | David Carickhoff (280150) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1767 Lender Collateral Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,631.39 | 296,485.80 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,990.15 | 293,495.65 |
| 08/02/18 | {6} | Oklahoma IOLTA Trust Acct | Refund of Unused Retainer / Client #5153.04 | 1129-000 | 4,801.77 | | 298,297.42 |
| 08/21/18 | | Global Surety LLC | Refund of Unused Bond #016214094 / Paid on 12/8/17 - Ck #111 | 2300-000 | | -5,035.00 | 303,332.42 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,900.88 | 300,431.54 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,354.56 | 299,076.98 |
| 10/09/18 | {19} | MCE Acquisition LLC | Preference Settlement Payment - resolves Adv. 18-50318 | 1249-000 | 25,000.00 | | 324,076.98 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,600.35 | 322,476.63 |
| 12/13/18 | {19} | Opportune LLP | Preference Payment / Opportune LLP / Adv No 18-50319 | 1249-000 | 175,000.00 | | 497,476.63 |
| 06/04/19 | {19} | Oil States Energy Partners - Erick Flowback Services | Erick Flowback Services - Preference settlement payment - Adv. Pro. 18-50317 | 1249-000 | 25,000.00 | | 522,476.63 |
| 06/10/19 | | BMO Harris Bank, N.A. | New Source Energy - Paydown of secured debt - Authorized by UST | 4210-000 | | 505,000.00 | 17,476.63 |
| 10/29/19 | | To Account #******1769 | centralize all funds into one account for Final Distribution | 9999-000 | | 17,476.63 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,576,052.66 | 10,576,052.66 | $0.00 |
| Less: Bank Transfers/CDs | | 5,829,865.51 | 840,406.14 | |
| **Subtotal** | | **4,746,187.15** | **9,735,646.52** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,746,187.15** | **$9,735,646.52** | |

Exhibit 9

Page: 6

# Form 2

# Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 16-10642-CSS |
| Case Name: | New Source Energy Partners, L.P. |
| Taxpayer ID #: | **-***8132 |
| For Period Ending: | 12/29/2020 |

| | |
|---|---|
| Trustee Name: | David Carickhoff (280150) |
| Bank Name: | Mechanics Bank |
| Account #: | ******1768 Distribution Carve-Out |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | From Account #******1767 | Distribution Carve-Out Funds as per cash collateral order at DI 116 | 9999-000 | 220,000.00 | | 220,000.00 |
| 10/29/19 | | To Account #******1769 | centralize funds into one account for Final Distribution | 9999-000 | | 220,000.00 | 0.00 |
| | | COLUMN TOTALS | | | 220,000.00 | 220,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 220,000.00 | 220,000.00 | |
| | | Subtotal | | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $0.00 | |

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-10642-CSS | |
| **Case Name:** | New Source Energy Partners, L.P. | |
| **Taxpayer ID #:** | **-***8132 | |
| **For Period Ending:** | 12/29/2020 | |

| | |
|---|---|
| **Trustee Name:** | David Carickhoff (280150) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1769 Professionals Budget |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | From Account #******1767 | Remainder of Professional Fee Budget ($213,426.49 already paid) - see cash collateral order at DI 116 | 9999-000 | 402,929.51 | | 402,929.51 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,753.83 | 401,175.68 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,608.18 | 399,567.50 |
| 09/18/17 | | From Account #******1766 | Transfer reflects increased professional fee budget agreed to by lenders on 9/7/17 | 9999-000 | 414,748.50 | | 814,316.00 |
| 09/21/17 | 301 | Archer & Greiner, P.C. | Allowed Second Interim Fees ($127,242.50) and Expenses ($4011.31) - See Dkt. No. 204 | | | 131,253.81 | 683,062.19 |
| | | Archer & Greiner, P.C. | Allowed Second Interim Fees - See Dkt No. 204    $127,242.50 | 3110-000 | | | |
| | | Archer & Greiner, P.C. | Allowed Second Interim Expenses - See Dkt. No 204    $4,011.31 | 3120-000 | | | |
| 09/21/17 | 302 | Polsinelli PC | Allowed Second Interim Fees - See Dkt No. 202 | 3210-000 | | 192,257.00 | 490,805.19 |
| 09/21/17 | 303 | Giuliano Miller & Company LLC | Allowed Second Interim Fees ($197,851.50) and Expenses ($1,115.20) - See Dkt. No. 203 | | | 198,966.70 | 291,838.49 |
| | | Giuliano, Miller & Company, LLC | Allowed Second Interim Fees - See Dkt No. 203    $197,851.50 | 3410-000 | | | |
| | | Giuliano, Miller & Company, LLC | Allowed Second Interim Expenses - See Dkt No. 203    $1,115.20 | 3420-000 | | | |
| 09/22/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -3,362.01 | 295,200.50 |
| 04/23/18 | | To Account #******1769 | Increase Professional Budget Carve Out by Agreement | 9999-000 | 737,251.80 | | 1,032,452.30 |
| 08/29/18 | 304 | Polsinelli PC | Third Interim Fees - See Dkt No. 249 dated 8/13/18 | 3210-000 | | 76,980.50 | 955,471.80 |
| 08/29/18 | 305 | Archer & Greiner, P.C. | Third Interim Fees ($120,197.00) and Expenses ($930.90) - See Dkt. No 248 | | | 121,127.90 | 834,343.90 |
| | | Archer & Greiner, P.C. | Third Interim Fees ($120,197.00) - See Dkt. No 248    $120,197.00 | 3110-000 | | | |
| | | Archer & Greiner, P.C. | Third Interim Expenses ($930.90) - See Dkt. No 248    $930.90 | 3120-000 | | | |
| 11/05/18 | 306 | Giuliano Miller & Company LLC | Allowed Third Interim Fees ($207,820.00) and Expenses ($707.36) - See Dkt. No. 262 | | | 208,527.36 | 625,816.54 |
| | | Giuliano, Miller & Company, LLC | Third Interim Fees $207,820.00 - See Dkt. No. 262    $207,820.00 | 3410-000 | | | |

Page Subtotals: $1,554,929.81    $929,113.27

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 16-10642-CSS | | Trustee Name: | | David Carickhoff (280150) | |
| Case Name: | New Source Energy Partners, L.P. | | Bank Name: | | Mechanics Bank | |
| Taxpayer ID #: | **-***8132 | | Account #: | | ******1769 Professionals Budget | |
| For Period Ending: | 12/29/2020 | | Blanket Bond (per case limit): | | $5,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Giuliano, Miller & Company, LLC | Third Interim Expenses $707.36 - See Dkt. No. 262<br><br>$707.36 | 3420-000 | | | |
| 02/13/19 | 307 | International Sureties, Ltd | Bond #016026389 Term 01/01/19 to 01/01/20 | 2300-000 | | 496.59 | 625,319.95 |
| 05/15/19 | 308 | Archer & Greiner, P.C. | Fourth Interim Fees ($68245.50) and Expenses ($494.66) - See Dkt. No 300 | | | 68,740.16 | 556,579.79 |
| | | Archer & Greiner, P.C. | Fourth Interim Fees ($68245.50) - See Dkt. No 300<br><br>$68,245.50 | 3110-000 | | | |
| | | Archer & Greiner, P.C. | Fourth Interim Expenses ($494.66) - See Dkt. No 300<br><br>$494.66 | 3120-000 | | | |
| 05/21/19 | {20} | Oak Point Partners | Remnant Asset Sale / Dkt No. 297 | 1229-000 | 5,000.00 | | 561,579.79 |
| 10/29/19 | | To Account #******1769 | centralize funds into one account for Final Distribution | 9999-000 | 220,000.00 | | 781,579.79 |
| 10/29/19 | | To Account #******1769 | centralize all funds into one account for Final Distribution | 9999-000 | 400,000.00 | | 1,181,579.79 |
| 10/29/19 | | To Account #******1769 | centralize all funds into one account for Final Distribution | 9999-000 | 17,476.63 | | 1,199,056.42 |
| 10/30/19 | 309 | Bank of Montreal as administrative agent | 16-10642 Distribution payment - Dividend paid at 2.49% of $10,562,585.45; Claim # 15; Filed: $52,883,914.45 | 4210-000 | | 262,800.91 | 936,255.51 |
| 10/30/19 | 310 | Giuliano, Miller & Company, LLC | Combined payments for claim number ACCTEXP, ACCTFEE | | | 106,373.27 | 829,882.24 |
| | | Giuliano, Miller & Company, LLC | Claims Distribution - Tue, 08-20-2019<br><br>$402.27 | 3420-000 | | | |
| | | Giuliano, Miller & Company, LLC | Claims Distribution - Tue, 08-20-2019<br><br>$105,971.00 | 3410-000 | | | |
| 10/30/19 | 311 | Archer & Greiner, P.C. | Combined payments for claim number ATTEXP, ATTFEE | | | 19,534.90 | 810,347.34 |
| | | Archer & Greiner, P.C. | Claims Distribution - Tue, 08-20-2019<br><br>$237.40 | 3120-000 | | | |
| | | Archer & Greiner, P.C. | Claims Distribution - Tue, 08-20-2019<br><br>$19,297.50 | 3110-000 | | | |
| 10/30/19 | 312 | United States Bankruptcy Court for the District of Delaware | 16-10642 Distribution payment - Dividend paid at 100.00% of $1,750.00; Claim # COURT; Filed: $1,750.00 | 2700-000 | | 1,750.00 | 808,597.34 |
| 10/30/19 | 313 | David Carickhoff | Combined trustee compensation & expense dividend payments. | | | 467,594.45 | 341,002.89 |
| | | David Carickhoff | Claims Distribution - Tue, 08-20-2019<br><br>$467,585.61 | 2100-000 | | | |
| | | David Carickhoff | Claims Distribution - Tue, 08-20-2019<br><br>$8.84 | 2200-000 | | | |

Page Subtotals: $642,476.63 $927,290.28

Exhibit 9

Page: 9

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-10642-CSS | |
| **Case Name:** | New Source Energy Partners, L.P. | |
| **Taxpayer ID #:** | **-***8132 | |
| **For Period Ending:** | 12/29/2020 | |

| | |
|---|---|
| **Trustee Name:** | David Carickhoff (280150) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******1769 Professionals Budget |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/19 | 314 | PricewaterhouseCoopers LLP | 16-10642 Distribution payment - Dividend paid at 100.00% of $21,496.00; Claim # SPAFEE; Filed: $21,496.00 | 3410-000 | | 21,496.00 | 319,506.89 |
| 10/30/19 | 315 | Polsinelli PC | 16-10642 Distribution payment - Dividend paid at 1.25% of $309,621.50; Claim # SPCFEE; Filed: $309,621.50 Voided on 10/30/2019 | 3210-004 | | 3,856.50 | 315,650.39 |
| 10/30/19 | 315 | Polsinelli PC | 16-10642 Distribution payment - Dividend paid at 1.25% of $309,621.50; Claim # SPCFEE; Filed: $309,621.50 Voided: check issued on 10/30/2019 | 3210-004 | | -3,856.50 | 319,506.89 |
| 10/30/19 | 316 | Okfuskee County Treasurer | 16-10642 Distribution payment - Dividend paid at 100.00% of $235.57; Claim # 2; Filed: $235.57 Stopped on 02/19/2020 | 5800-005 | | 235.57 | 319,271.32 |
| 10/30/19 | 317 | Eco7, LLC. | 16-10642 Distribution payment - Dividend paid at 31.26% of $7,200.00; Claim # 1; Filed: $7,200.00 | 7100-000 | | 2,250.61 | 317,020.71 |
| 10/30/19 | 318 | Sarelda Burdener Marshall | 16-10642 Distribution payment - Dividend paid at 31.26% of $70.00; Claim # 3; Filed: $70.00 | 7100-000 | | 21.88 | 316,998.83 |
| 10/30/19 | 319 | The I.T. Guys Inc | 16-10642 Distribution payment - Dividend paid at 31.26% of $24,368.25; Claim # 4; Filed: $35,444.00 | 7100-000 | | 7,617.15 | 309,381.68 |
| 10/30/19 | 320 | 13D Research LLC | 16-10642 Distribution payment - Dividend paid at 31.26% of $3,812.16; Claim # 5; Filed: $3,812.16 Stopped on 02/19/2020 | 7100-005 | | 1,191.62 | 308,190.06 |
| 10/30/19 | 321 | Jeanne Clarke | 16-10642 Distribution payment - Dividend paid at 31.26% of $1,000.00; Claim # 6; Filed: $1,000.00 | 7100-000 | | 312.59 | 307,877.47 |
| 10/30/19 | 322 | Atkinson Haskins et. al. | 16-10642 Distribution payment - Dividend paid at 31.26% of $7,424.87; Claim # 7; Filed: $7,424.87 | 7100-000 | | 2,320.90 | 305,556.57 |
| 10/30/19 | 323 | BMI Systems Corporation | 16-10642 Distribution payment - Dividend paid at 31.26% of $100,478.15; Claim # 9; Filed: $100,478.15 | 7100-000 | | 31,407.97 | 274,148.60 |
| 10/30/19 | 324 | Viavid Broadcasting Inc | 16-10642 Distribution payment - Dividend paid at 31.26% of $3,583.97; Claim # 10; Filed: $3,583.97 | 7100-000 | | 1,120.30 | 273,028.30 |
| 10/30/19 | 325 | All Mineral Ventures LLC | 16-10642 Distribution payment - Dividend paid at 31.26% of $1,000.00; Claim # 11; Filed: $1,000.00 | 7100-000 | | 312.59 | 272,715.71 |
| 10/30/19 | 326 | Richards Layton & Finger | 16-10642 Distribution payment - Dividend paid at 31.26% of $10,483.34; Claim # 12; Filed: $10,483.34 | 7100-000 | | 3,276.94 | 269,438.77 |
| 10/30/19 | 327 | Theway Corp. | 16-10642 Distribution payment - Dividend paid at 31.26% of $12,239.83; Claim # 13; Filed: $12,239.83 | 7100-000 | | 3,825.99 | 265,612.78 |

| | | |
|---|---|---|
| **Page Subtotals:** | $0.00 | $75,390.11 |

# Cash Receipts And Disbursements Record

| Case No.: | 16-10642-CSS | Trustee Name: | David Carickhoff (280150) |
|---|---|---|---|
| Case Name: | New Source Energy Partners, L.P. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8132 | Account #: | ******1769 Professionals Budget |
| For Period Ending: | 12/29/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/19 | 328 | Vinson & Elkins Rebecca L. Petereit | 16-10642 Distribution payment - Dividend paid at 31.26% of $678,803.34; Claim # 14; Filed: $678,803.34 Voided on 10/30/2019 | 7100-004 | | 212,183.77 | 53,429.01 |
| 10/30/19 | 328 | Vinson & Elkins Rebecca L. Petereit | 16-10642 Distribution payment - Dividend paid at 31.26% of $678,803.34; Claim # 14; Filed: $678,803.34 Voided: check issued on 10/30/2019 | 7100-004 | | -212,183.77 | 265,612.78 |
| 10/30/19 | 329 | Quorum Business Solutions, Inc. Hogan Lovells US LLP Attn: Lynn Holbert, Esq. | 16-10642 Distribution payment - Dividend paid at 31.26% of $30,000.00; Claim # 19; Filed: $141,166.58 Voided on 10/30/2019 | 7100-004 | | 9,377.55 | 256,235.23 |
| 10/30/19 | 329 | Quorum Business Solutions, Inc. Hogan Lovells US LLP Attn: Lynn Holbert, Esq. | 16-10642 Distribution payment - Dividend paid at 31.26% of $30,000.00; Claim # 19; Filed: $141,166.58 Voided: check issued on 10/30/2019 | 7100-004 | | -9,377.55 | 265,612.78 |
| 10/30/19 | 330 | McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP | 16-10642 Distribution payment - Dividend paid at 31.26% of $3,201.25; Claim # 20; Filed: $3,201.25 Voided on 10/30/2019 | 7100-004 | | 1,000.66 | 264,612.12 |
| 10/30/19 | 330 | McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP | 16-10642 Distribution payment - Dividend paid at 31.26% of $3,201.25; Claim # 20; Filed: $3,201.25 Voided: check issued on 10/30/2019 | 7100-004 | | -1,000.66 | 265,612.78 |
| 10/30/19 | 331 | CEU Paradigm, LLC Attn: David Grevelle | 16-10642 Distribution payment - Dividend paid at 31.26% of $100,387.68; Claim # 23; Filed: $100,387.68 | 7100-000 | | 31,379.68 | 234,233.10 |
| 10/30/19 | 332 | Oil States Energy Services, LLC Diamond McCarthy, LLP Attn: Charles M. Rubio | 16-10642 Distribution payment - Dividend paid at 31.26% of $25,000.00; Claim # 24; Filed: $25,000.00 Voided on 10/30/2019 | 7100-004 | | 7,814.62 | 226,418.48 |
| 10/30/19 | 332 | Oil States Energy Services, LLC Diamond McCarthy, LLP Attn: Charles M. Rubio | 16-10642 Distribution payment - Dividend paid at 31.26% of $25,000.00; Claim # 24; Filed: $25,000.00 Voided: check issued on 10/30/2019 | 7100-004 | | -7,814.62 | 234,233.10 |
| 10/30/19 | 333 | Polsinelli PC | 16-10642 Distribution payment - Dividend paid at 1.25% of $309,621.50; Claim # SPCFEE; Filed: $309,621.50 | 3210-000 | | 3,856.50 | 230,376.60 |
| 10/30/19 | 334 | Vinson & Elkins, LLP | 16-10642 Distribution payment - Dividend paid at 31.26% of $678,803.34; Filed: $678,803.34 | 7100-000 | | 212,183.77 | 18,192.83 |
| 10/30/19 | 335 | Quorum Business Solutions, Inc. | 16-10642 Distribution payment - Dividend paid at 31.26% of $30,000.00; Filed: $141,166.58 | 7100-000 | | 9,377.55 | 8,815.28 |
| 10/30/19 | 336 | McDonald, McCann, Metcalf & Carwile, LLP | 16-10642 Distribution payment - Dividend paid at 31.26% of $3,201.25; Filed: $3,201.25 | 7100-000 | | 1,000.66 | 7,814.62 |

| | Page Subtotals: | $0.00 | $257,798.16 |
|---|---|---|---|

# Form 2

Exhibit 9

Page: 11

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 16-10642-CSS | |
| Case Name: | New Source Energy Partners, L.P. | |
| Taxpayer ID #: | **-***8132 | |
| For Period Ending: | 12/29/2020 | |

| | |
|---|---|
| Trustee Name: | David Carickhoff (280150) |
| Bank Name: | Mechanics Bank |
| Account #: | ******1769 Professionals Budget |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/19 | 337 | Oil States Energy Services, LLC | 16-10642 Distribution payment - Dividend paid at 31.26% of $25,000.00; Claim # 24; Filed: $25,000.00 | 7100-000 | | 7,814.62 | 0.00 |
| 02/19/20 | 316 | Okfuskee County Treasurer | 16-10642 Distribution payment - Dividend paid at 100.00% of $235.57; Claim # 2; Filed: $235.57 Stopped: check issued on 10/30/2019 | 5800-005 | | -235.57 | 235.57 |
| 02/19/20 | 320 | 13D Research LLC | 16-10642 Distribution payment - Dividend paid at 31.26% of $3,812.16; Claim # 5; Filed: $3,812.16 Stopped: check issued on 10/30/2019 | 7100-005 | | -1,191.62 | 1,427.19 |
| 04/29/20 | 338 | The I.T. Guys Inc | Additional Distribution Payment - Claim #4 | 7100-000 | | 5.69 | 1,421.50 |
| 04/29/20 | 339 | BMI Systems Corporation | Additional Distribution Payment - Claim #9 | 7100-000 | | 23.45 | 1,398.05 |
| 04/29/20 | 340 | Vinson & Elkins, LLP | Additional Distribution Payment - Claim #14 | 7100-000 | | 158.47 | 1,239.58 |
| 04/29/20 | 341 | Quorum Business Solutions, Inc. | Additional Distribution Payment - Claim #19 | 7100-000 | | 7.00 | 1,232.58 |
| 04/29/20 | 342 | CEU Paradigm, LLC | Additional Distribution Payment - Claim #23 Stopped on 08/25/2020 | 7100-005 | | 23.44 | 1,209.14 |
| 04/29/20 | 343 | Oil States Energy Services, LLC | Additional Distribution Payment - Claim #24 | 7100-000 | | 5.84 | 1,203.30 |
| 08/25/20 | 342 | CEU Paradigm, LLC | Additional Distribution Payment - Claim #23 Stopped: check issued on 04/29/2020 | 7100-005 | | -23.44 | 1,226.74 |
| 09/09/20 | 344 | 13D Research LLC | Distribution Payment - Claim #5 - Paid at 31.26% of $3,812.16 plus Redistrib Amt $0.89 | 7100-000 | | 1,192.51 | 34.23 |
| 10/29/20 | 345 | Clerk, US Bankruptcy Court | Unclaimed Funds - CEU Paradigm - Order dated 10/27/2020  Dkt No. 346 | 7100-001 | | 23.44 | 10.79 |
| 10/29/20 | 346 | Clerk, US Bankruptcy Court | Unclaimed Funds - Various - Order dated 10/27/2020  Dkt No. 347 | | | 10.79 | 0.00 |
| | | Eco7, LLC. | Unclaimed Funds | 7100-001 | | | |
| | | | $1.69 | | | | |
| | | Sarelda Burdener Marshall | Unclaimed Funds | 7100-001 | | | |
| | | | $0.02 | | | | |
| | | Jeanne Clarke | Unclaimed Funds | 7100-001 | | | |
| | | | $0.23 | | | | |
| | | Atkinson Haskins et. al. | Unclaimed Funds | 7100-001 | | | |
| | | | $1.74 | | | | |
| | | Viavid Broadcasting Inc | Unclaimed Funds | 7100-001 | | | |
| | | | $0.83 | | | | |
| | | All Mineral Ventures LLC | Unclaimed Funds | 7100-001 | | | |
| | | | $0.23 | | | | |
| | | Richards Layton & Finger | Unclaimed Funds | 7100-001 | | | |
| | | | $2.44 | | | | |

Page Subtotals:  $0.00  $7,814.62

Exhibit 9

Page: 12

# Form 2

# Cash Receipts And Disbursements Record

| Case No.: | 16-10642-CSS | Trustee Name: | David Carickhoff (280150) |
|---|---|---|---|
| Case Name: | New Source Energy Partners, L.P. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8132 | Account #: | ******1769 Professionals Budget |
| For Period Ending: | 12/29/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Account Balance |
| | | Theway Corp. | Unclaimed Funds | $2.86 | 7100-001 | | | |
| | | McDonald, McCann, Metcalf & Carwile,LLP Chad J. Kutmas, Esquire McDonald, McCann, Metcalf & Carwilw, LLP | Unclaimed Funds | $0.75 | 7100-001 | | | |

|  | COLUMN TOTALS | 2,197,406.44 | 2,197,406.44 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 2,192,406.44 | 0.00 | |
| Subtotal | | 5,000.00 | 2,197,406.44 | |
| | Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | | $5,000.00 | $2,197,406.44 | |

Exhibit 9

Page: 13

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-10642-CSS | |
| **Case Name:** | New Source Energy Partners, L.P. | |
| **Taxpayer ID #:** | **-***8132 | |
| **For Period Ending:** | 12/29/2020 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Carickhoff (280150) | |
| **Bank Name:** | Mechanics Bank | |
| **Account #:** | ******1770 Trustee Commission | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | From Account #******1767 | Trustee Commission Reserve Account - see cash collateral order at DI 116 | 9999-000 | 200,000.00 | | 200,000.00 |
| 04/11/18 | | To Account #******1770 | Transfer to Increase Trustee Commission Account | 9999-000 | 150,000.00 | | 350,000.00 |
| 04/23/18 | | To Account #******1770 | Increase Commission Carve-Out by Agreement | 9999-000 | 50,000.00 | | 400,000.00 |
| 10/29/19 | | To Account #******1769 | centralize all funds into one account for Final Distribution | 9999-000 | | 400,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **400,000.00** | **400,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | | 400,000.00 | 400,000.00 | |
| **Subtotal** | | **0.00** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

Page: 14

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 16-10642-CSS | |
| Case Name: | New Source Energy Partners, L.P. | |
| Taxpayer ID #: | **-***8132 | |
| For Period Ending: | 12/29/2020 | |

| | |
|---|---|
| Trustee Name: | David Carickhoff (280150) |
| Bank Name: | Mechanics Bank |
| Account #: | ******5600 Commission Reserve |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 15

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-10642-CSS | | **Trustee Name:** | David Carickhoff (280150) |
| **Case Name:** | New Source Energy Partners, L.P. | | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***8132 | | **Account #:** | ******5600 Commission Reserve |
| **For Period Ending:** | 12/29/2020 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $14,811,187.15 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,811,187.15 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1766 Escrow Acct - Sale Deps | $10,060,000.00 | $2,878,134.19 | $0.00 |
| ******1767 Lender Collateral Account | $4,746,187.15 | $9,735,646.52 | $0.00 |
| ******1768 Distribution Carve-Out | $0.00 | $0.00 | $0.00 |
| ******1769 Professionals Budget | $5,000.00 | $2,197,406.44 | $0.00 |
| ******1770 Trustee Commission | $0.00 | $0.00 | $0.00 |
| ******5600 Commission Reserve | $0.00 | $0.00 | $0.00 |
| | **$14,811,187.15** | **$14,811,187.15** | **$0.00** |

| | |
|---|---|
| 12/29/2020 | /s/David Carickhoff |
| Date | David Carickhoff |